# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANSPORT APPAREL CORPORATION                 :
3411 Silverside Road, 200 Hanby Building     :
Wilmington, DE 19803,                        :
                                             :    CIVIL ACTION NO.:
                    Plaintiff,               :
                                             :
           v.                                :
                                             :
UNIF, LLC                                    :    JURY TRIAL DEMANDED
714 Ducommun Street                          :
Los Angeles, CA 90012,                       :
                                             :
                    Defendant.               :

## COMPLAINT

Plaintiff JanSport Apparel Corporation ("JanSport" or "Plaintiff") brings this Complaint against UNIF, LLC ("UNIF" or "Defendant") and in support thereof avers as follows:

## THE PARTIES

1.      Plaintiff JanSport Apparel Corporation is a corporation organized under the laws of the State of Delaware with a principal place of business located at 3411 Silverside Road, 200 Hanby Building, Wilmington, Delaware 19803.

2.      Upon information and belief, Defendant UNIF, LLC is a limited liability company organized under the laws of the State of California with a principal place of business located at 714 Ducommun Street, Los Angeles, California 90012.

## JURISDICTION AND VENUE

3.      This Court has Federal Question Jurisdiction pursuant to Title 28 U.S.C. § 1331 as the action arises under the laws of the United States.

4.      Alternatively, this Court has Diversity Jurisdiction over this matter pursuant to Title 28 U.S.C. § 1332(a)(1) as this is an action between "citizens of different States"

and the amount in controversy exceeds seventy-five thousand dollars ($75,000) exclusive of interest and costs.

5.     Venue is proper in this District under Title 28 U.S.C. § 1391(c) because both Plaintiff and Defendant conduct substantial business and are subject to personal jurisdiction in this District.

## FACTUAL ALLEGATIONS

6.     Since its inception in 1967, Plaintiff has grown to become one of the world's largest and most renowned manufacturers and sellers of packs, bags, and outdoor gear, including all-purpose sporting bags, carrying bags, luggage, backpacks, daypacks, knapsacks, book bags, tote bags, duffel bags, handbags, garment bags, apparel, and other outdoor products ("JanSport's Products").

7.     JanSport's Products are sold extensively throughout the world and have become well-known and famous for their design, durability, functionality, and versatility.

8.     Although it manufactures and sells a variety of different packs, Plaintiff is now most recognized for its series of colorful and ultralight daypacks and backpacks that feature JanSport's classic silhouette and labeling in a variety of colorful designs, as in the example below:



("JanSport Classic Shape")

9.      The majority of Plaintiff's packs also feature the iconic JANSPORT®
Patch – a rectangular solid colored patch (in black or dark blue) that features the famous
JANSPORT® script logo, which itself features drop-down block font with outlined/shadowed
lettering, as shown below.



("JANSPORT® Patch").

10.      On packs featuring the JanSport Classic Shape, the JANSPORT® Patch is
prominently featured on the center top portion of the pack above the utility pocket.

11.      Plaintiff has taken steps to protect its JANSPORT mark and is the owner
of numerous Trademark Registrations protecting the JANSPORT mark and stylized logos and
the JANSPORT® Patch (the "JANSPORT® Marks") including but not limited to:

a.      JANSPORT and Design® (Registration No. 1919738) (1995) for
"backpacks, pack frames, and rucksacks, and related accessories, namely straps, pads and belts
for use with backpacks and rucksacks" in International Class 18;



b.      JANSPORT® (Registration No. 2372601) (2000) for "luggage" in International Class 18;

c.      JANSPORT® (Registration No. 3316763) (2007) for "all purpose sporting bags, all purpose carrying bags, soft luggage, luggage cases, backpacks, daypacks, fanny packs, frame backpacks, knapsacks, book bags for traveling, tote bags, duffel bags, handbags, garment bags for traveling, clothing bags for traveling, and straps for luggage and straps for handbags" in International Class 18;

d.      JANSPORT (Stylized)® (Registration No. 1089701) (1978) for "backpacks, pack frames, pack bags, rucksacks, stuff bags and related accessories, namely, straps, pads and belts" in International Class 18; and "clothing-namely, jackets" in International Class 25;



e.      JANSPORT® (Registration No. 1096082) (1978) for "clothing-namely, jackets" in International Class 25;

f.      JANSPORT® (Registration No. 1284423) (1984) for "shirts; t-shirts; jerseys; tank tops; hooded shirts; pants; sports jackets; sweat shirts and pants for men, women and children" in International Class 25;

g.      JANSPORT (Stylized)® (Registration No. 1296406) (1984) for "shirts; t-shirts; tank tops; hooded shirts; pants; sports jackets; warm-up suits, pants and jackets; sweat shirts and pants for men, women and children" in International Class 25;



h.      JANSPORT (Stylized)® (Registration No. 2997678) (2005) for "all purpose sporting bags, all purpose carrying bags, soft luggage, backpacks, daypacks, fanny packs, frame backpacks, knapsacks, book bags for traveling, tote bags, duffel bags, handbags, garment bags for traveling, clothing bags for traveling" in International Class 18; and "skirts, t-shirts, jerseys, hooded shirts, pants, sports jackets, gymnastic shorts, gymnastic pants and gymnastic shirts; warm-up suits, warm-up pants and warm-up jackets; sweatshirts, sweatpants" in International Class 25;



and

i.      JANSPORT® (Registration No. 3066768) (2006) for "retail store services and on-line retail store services in the field of apparel and outdoor gear and luggage; providing consumer product information via the internet" in International Class 35.

Attached as Exhibit "A" are print-outs taken from the U.S. Patent and Trademark Office web site showing the Certificates of Registration for and the current status of the JANSPORT® Marks.

12. Plaintiff has continuously and extensively used, advertised, and promoted the JANSPORT® Marks, and packs featuring the JanSport Classic Shape and the JANSPORT® Patch in commerce throughout the United States and internationally on, and in connection with Plaintiff's daypacks and backpacks.

13. Plaintiff carefully supervises, monitors, and controls the quality of all its products to ensure that the products are of a consistently high quality.

14. Plaintiff has expended significant capital and has devoted substantial amounts of time and money to the production, marketing, and promotion of its products marketed and sold under the JANSPORT® Marks, including packs featuring the JanSport Classic Shape and the JANSPORT® Patch. As a result, the JANSPORT® Marks, alone and in combination with the JanSport Classic Shape and the JANSPORT® Patch, are extremely valuable assets in the advertising and sale of Plaintiff's products to the public.

15. Upon information and belief, Defendant manufactures and sells a wide array of clothing and accessories for men, women, and children, including a variety of bags and backpacks ("UNIF's Products").

16. According to Defendant's website, www.unifclothing.com, it does not yet have "brick & mortar" retail stores, but sells its products online via the Internet.

17. Upon information and belief, Defendant offers for sale and sells UNIF's Products across the United States and internationally, including to consumers located in the Commonwealth of Pennsylvania and this Judicial District.

18. Upon information and belief, UNIF's Products are also available for sale through third party retailers who offer to sell and sell UNIF's Products to consumers located in the Commonwealth of Pennsylvania and this Judicial District.

19.     Upon information belief, UNIF's Products and JanSport's Products are sold through overlapping trade channels, including through overlapping third party retailers, which retailers offer for sale and sell such products to consumers located in the Commonwealth of Pennsylvania and this Judicial District.

20.     Upon information and belief, Defendant has been selling, among its products, a backpack called the "BADSPORT Backpack" shown below.  Attached as Exhibit "B" is a print-out from Defendant's website showing the BADSPORT Backpack.



21.     The BADSPORT Backpack prominently features a black rectangular patch located on the center top portion of the pack above the utility pocket ("BADSPORT Patch") on which Defendant prominently displays BADSPORT as a stylized mark with outlined/shadowed font containing letters that extend below or appear larger than the remaining letters.



22.    Upon information and belief, in manufacturing and selling the BADSPORT Backpack, Defendant has sought to create the misimpression of an association, affiliation, or sponsorship between Plaintiff and Defendant that does not exist.

23.    The BADSPORT Backpack adopts a classic-styled silhouette that matches with the JanSport Classic Shape employed on a wide number of JANSPORT® packs.

24.    The BADSPORT Patch appears to be nearly identical in size, shape, color and placement on the BADSPORT Backpack to the size, shape, color, and placement most often employed by Plaintiff for the JANSPORT® Patch, as shown below:



25.    The terms JANSPORT and BADSPORT themselves are visually and aurally similar in that each features the same number of letters, each begins with three letters that feature a soft "a" sound followed by "sport."

26.    Defendant also employs script font for BADSPORT that is similar to the iconic JANSPORT® font as each uses outlined/shadowed lettering, with larger letters that drop below the remaining letters in the marks.

27.    Each of these individual commonalities (collectively, "Common Characteristics") tend to demonstrate that Defendant clearly intended its BADSPORT Backpack to be viewed as another of Plaintiff's packs.

28.     When compared to other of Plaintiff's packs, the Common Characteristics Defendant employs for its BADSPORT Backpack demonstrate glaring similarity to the combination of the JANSPORT® Marks, the JanSport Classic Shape, and the JANSPORT® Patch.



29.     Upon information and belief, Defendant only offers one style of its BADSPORT Backpack. Attached as Exhibit "C" is a print-out from UNIF's website showing its full line of bags and backpacks.

30.     Upon information and belief, Defendant only uses "BADSPORT" in connection with one of its backpacks, namely the BADSPORT Backpack, and the remaining of Defendant's bags and backpacks are only labeled with some variation of "UNIF" as a mark.

31.     Upon information and belief, none of Defendant's other bags or backpacks employ a similarly-sized black rectangular patch in the top center portion of the pack that employ contrasting lettering similar to that used on the BADSPORT Patch.

32.     Plaintiff has never granted Defendant any right or permission to use the JANSPORT® Marks, the JanSport Classic Shape, the JANSPORT® Patch, or the combination thereof.

33.     Notwithstanding this lack of permission, Defendant's use of the infringing BADSPORT Backpack has occurred long after Plaintiff's prior use of its marks, its classic shape, its patch, and the constructive notice of the JANSPORT® Marks.

34.     Defendant's use of "BADSPORT" in connection with its backpack individually, and combined with the overall design, shape, layout, and silhouette of the BADSPORT Backpack and the BADSPORT Patch infringes and threatens to destroy the goodwill Plaintiff has established over a long period of time for its products, as JanSport has no way of insuring the quality of the goods sold by Defendant and, as such, Plaintiff will be irreparably harmed unless Defendant is enjoined from the sale of any bags or backpacks that infringe the JANSPORT® Marks, and such marks used in combination with the JANSPORT® Patch and the JanSport Classic Shape.

35.     Defendant's use of a trademark virtually identical to that of the JANSPORT® Marks, in connection with the backpacks, constitutes the use in commerce of the reproduction, copy, or colorable imitation of a registered trademark, as well as the appropriation of Plaintiff's goodwill and reputation associated with the JANSPORT® Marks, which is likely to cause confusion or to cause mistake or to deceive, and is causing losses in sales of Plaintiff's genuine JANSPORT® branded products, thereby resulting in lost profits suffered by Plaintiff.

36.     Plaintiff and the public will continue to suffer irreparable injury unless the Defendant is restrained from using its BADSPORT mark, or any similar marks or names thereto in connection with its business.

37.     If not enjoined by the Court, Defendant will continue to sell product in commerce under its BADSPORT mark, which will be perceived as having emanated from Plaintiff.  Plaintiff, however, has no control over the nature and quality of the products sold by Defendant, and any fault or objection with the products will adversely affect future sales of genuine products under the authorized use of the JANSPORT® Marks.

38.     Upon information and belief, Defendant has and had full knowledge of Plaintiff's exclusive and well-established proprietary rights in and to the JANSPORT® Marks, but continues to proceed in complete disregard of Plaintiff's rights.

39.     Upon information and belief, Defendant's infringing conduct complained of herein is willful and malicious.

40.     Unless immediately restrained and enjoined by this Court, Defendant will continue offering for sale, selling, distributing, and marketing products branded with an infringing mark, causing Plaintiff irreparable injury.

## COUNT I

### Unauthorized Use of Federally Registered Trademarks
#### Under 15 U.S.C. § 1114(1) of the Lanham Act

41.     The allegations contained in paragraphs 1 through 40 inclusive are incorporated herein by reference and made a part of this Count as if fully set forth.

42.     Defendant's use of BADSPORT as a mark constitutes the use in commerce of a reproduction, copy, counterfeit, or colorable imitation of registered trademarks, as well as the appropriation of Plaintiff's goodwill and reputation associated with the marks, which is likely to cause confusion or to cause mistake or to deceive in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

43.     Defendant's use of BADSPORT as a mark confuses and is likely to confuse the purchasing public as well as others engaged in business relations with Plaintiff or that Plaintiff has approved or somehow authorized such use by Defendant. Defendant's use of BADSPORT as a mark in the offering and sale of its products injures the reputation, goodwill, and prestige of Plaintiff and impairs the value of the JANSPORT® Marks, which are uniquely associated with Plaintiff's goods, and causes other injury to Plaintiff. Plaintiff and the public will suffer irreparable injury unless the Defendant is restrained from using its BADSPORT mark.

44.     The Defendant should be permanently enjoined from offering for sale, selling, distributing, and marketing any products using its BADSPORT mark, or any colorable imitations thereof, or any other confusingly or deceptively similar marks or names pursuant to Section 34 of the Lanham Act, 15 U.S.C. § 1116.

## COUNT II

### False Designation of Origin and Unfair Competition
### Under 15 U.S.C. § 1125(a) of the Lanham Act

45.     The allegations contained in paragraphs 1 through 44 inclusive are incorporated herein by reference and made a part of this Count as if fully set forth.

46.     At all times relevant to this lawsuit, Plaintiff has sold its products under the JANSPORT® Marks in interstate commerce, including in connection with packs bearing the JanSport Classic Shape and the JANSPORT® Patch.

47.     Plaintiff's JANSPORT® Marks, alone as well as in combination with the JanSport Classic Shape and the JANSPORT® Patch, are uniquely associated with Plaintiff's products.

48.     Defendant's use of its BADSPORT mark in the offer and sale of its products wrongly and deceptively confuses the public that its products emanate from Plaintiff, all to the detriment of Plaintiff, and will continue to damage Plaintiff unless enjoined by the Court.

49.     As a result of the Defendant's actions, Plaintiff has lost, and will lose in the future, sales in an unknown amount due to the consumers' erroneous belief that the Defendant's products emanate from Plaintiff.

50.     Plaintiff has been and will also continue to be injured by the fact that it has no control over the type or quality of the Defendant's products or the promotional advertising activities utilized by the Defendant.

51.     The Defendant's activities injure the reputation, goodwill, and prestige of Plaintiff, impair the value of the Plaintiff's JANSPORT® Marks, which are uniquely associated with the Plaintiff's products, and cause other injury to Plaintiff.  Plaintiff and the public will

suffer irreparable injury unless the Defendant is restrained from using the infringing BADSPORT mark.

52.   The aforesaid acts of the Defendant constitute false designation of origin and false description or representation and unfair competition, in violation of 15 U.S.C. § 1125(a) of the Lanham Act.

WHEREFORE, Plaintiff demands that:

A.   The Defendant, including all directors, officers, partners, agents, servants, employees, representatives, and attorneys, and all persons in active concert or participation with it, be preliminarily and permanently enjoined from using the BADSPORT mark or any infringing or colorable imitation of the JANSPORT® Marks;

B.   Defendant, including all directors, officers, partners, agents, servants, employees, representatives, and attorneys, and all persons in active concert or participation with it, be preliminarily and permanently enjoined from otherwise competing unfairly with the Plaintiff;

C.   Defendant pay for and cause to be disseminated corrective advertising to ameliorate the adverse consequences of their acts of trademark infringement, false designation of origin and unfair competition, and the content, nature, form and extent of such corrective advertising is to be approved by Plaintiff and this Court;

D.   Defendant deliver up for destruction any and all product packaging, promotional materials, advertisements, and other items in its possession, custody or control which, if sold or offered for sale, displayed or used would violate the injunction granted by the Court;

E.     Defendant be ordered, pursuant to 15 U.S.C. §1116(a), to serve upon the Plaintiff within thirty (30) days after service on Defendant of an injunction, or such extended period as the Court may direct, a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the injunction;

F.     Defendant be ordered to pay damages suffered by Plaintiff resulting from Defendant's infringing activities, including treble damages sustained by Plaintiff as a direct or indirect result of any of the acts complained of hereinabove;

G.     Defendant be ordered to disgorge any profits obtained as a result of Defendant's infringing activities;

H.     There be a finding that this matter is exceptional and, accordingly, Defendant be ordered to pay Plaintiff's attorneys' fees and costs pertaining to this action pursuant to 15 U.S.C. § 1117(a) of the Lanham Act; and

I.     Plaintiff be awarded such other and further relief as this Court may deem proper and just.

Plaintiff demands a Jury on all counts so triable.

Respectfully submitted,

Dated:  November 30, 2015

Paul J. Kennedy
kennedyp@pepperlaw.com
Sean P. McConnell
mcconnells@pepperlaw.com
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
215.981.4000

*Attorneys for Plaintiff,*
*JanSport Apparel Corporation*

EXHIBIT "A"

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

## United States Patent and Trademark Office

Reg. No. 1,919,738
Registered Sep. 19, 1995

### TRADEMARK
#### PRINCIPAL REGISTER



JANSPORT APPAREL CORP. (DELAWARE CORPORATION)
200 WELDIN BUILDINGCONCORD PLAZA
3411 SILVERSIDE ROAD
WILMINGTON, DE 19180

FOR: BACKPACKS, PACK FRAMES, AND RUCKSACKS, AND RELATED ACCESSORIES, NAMELY STRAPS, PADS AND BELTS FOR USE WITH BACKPACKS AND RUCKSACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 2-1-1976; IN COMMERCE 2-1-1976.

THE DRAWING IS LINED FOR THE COLORS RED AND BLUE.

SER. NO. 74-571,558, FILED 9-9-1994.

CATHERINE KAISER KREBS, EXAMINING ATTORNEY

**Generated on:**

This page was generated by TSDR on 2015-11-24 11 12 45 EST

**Mark:** JANSPORT



| | | |
|---|---|---|
| **US Serial Number:** 74571558 | | **Application Filing Date:** |
| Sep 09, 1994 | | |
| **US Registration Number:** 1919738 | | **Registration Date:** |
| Sep 19, 1995 | | |
| **Register:** | | |
| Principal | | |
| **Mark Type:** | | |
| Trademark | | |
| **Status:** | | |
| The registration has been renewed | | |
| **Status Date:** | | |
| Jun 02, 2015 | | |
| **Publication Date:** Jun 27, 1995 | | |

## Mark Information

**Mark Literal Elements:**

JANSPORT

**Standard Character Claim:**

No

**Mark Drawing Type:**

3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Lining and Stippling Statement:**

The drawing is lined for the colors red and blue

**Design Search Code(s):**

26 11 01 - Rectangles as carriers or rectangles as single or multiple line borders
26 17 01 - Straight line(s), band(s) or bar(s); Lines, straight; Bands, straight; Bars, straight

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services

- Brackets [ ] indicate deleted goods/services
- Double parenthesis (( )) identify any goods/services not claimed in a Section 15 affidavit of incontestability  and
- Asterisks *..* identify additional (new) wording in the goods/services

**For:**

backpacks, pack frames, and rucksacks, and related accessories, namely straps  pads and belts for use with backpacks and rucksacks

| | | |
|---|---|---|
| **International Class(es):** 018 - Primary Class | | **U.S Class(es):** |
| 001, 002, 003, 022, 041 | | |
| **Class Status:** | | |
| ACTIVE | | |
| **Basis:** | | |
| 1(a) | | |
| **First Use:** Feb 01, 1976 | | **Use in Commerce:** |
| Feb 01, 1976 | | |

## Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |

| | | |
|---|---|---|
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:**

JanSport Apparel Corp

**Owner Address:**

3411 Silverside Road
Wilmington, DELAWARE 19180
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:**

DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Kia H. Wimmer

**Docket Number:**

JAC-4985-US

**Attorney Primary Email Address:** kia_h_wimmer@vfc.com

**Attorney Email Authorized:**

Yes

### Correspondent

**Correspondent Name/Address:**

Kia H. Wimmer
JanSport Apparel Corp
3411 Silverside Road
200 Hanby Building
Wilmington, DELAWARE 19180
UNITED STATES

**Phone:** 302-477-3930

**Fax:**

302-477-3932

**Correspondent e-mail:** kia_h_wimmer@vfc.com pellegj@vfc.com

**Correspondent e-mail Authorized:**

Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 02, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 02, 2015 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 66607 |
| Jun. 02, 2015 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 66607 |
| May 30, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 66607 |
| May 13, 2015 | TEAS SECTION 8 & 9 RECEIVED | |
| May 13, 2015 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 15, 2015 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jan. 15, 2015 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Apr. 21, 2005 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Apr. 21, 2005 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Apr. 21, 2005 | ASSIGNED TO PARALEGAL | 66607 |
| Mar. 24, 2005 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Mar. 24, 2005 | TEAS SECTION 8 & 9 RECEIVED | |
| Sep. 22, 2001 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK | |
| Sep. 05, 2001 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Sep. 19, 1995 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 27, 1995 | PUBLISHED FOR OPPOSITION | |

| | | |
|---|---|---|
| May 26, 1995 | NOTICE OF PUBLICATION | |
| Mar 16, 1995 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar 09, 1995 | EXAMINER'S AMENDMENT MAILED | |
| Feb 22, 1995 | ASSIGNED TO EXAMINER | 66551 |
| Feb 17, 1995 | ASSIGNED TO EXAMINER | 72518 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:**

Section 8 - Accepted

**Affidavit of Incontestability:**

Section 15 - Accepted

**Renewal Date:**

Sep. 19, 2015

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE     **Date in Location:**

Jun. 02, 2015

## Proceedings

**Summary**

**Number of Proceedings:**

5

### Type of Proceeding: Opposition

**Proceeding Number:** 91207023     **Filing Date:**

Sep 17, 2012

**Status:** Terminated     **Status Date:**

Sep 04, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

**Defendant**

**Name:**

Standard Sales, Inc.

**Correspondent Address:**

CHRISTOPHER CHAUDOIR
LAW OFFICES OF CHRISTOPHER CHAUDOIR
181 SYCAMORE AVE
SAN MATEO CA . 94402-1033
UNITED STATES

**Correspondent e-mail:**

chowder262@gmail.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| STANSPORT SINCE 1949 | Notice of Allowance - Issued | 85358921 | |
| STANSPORT SINCE 1949 | Notice of Allowance - Issued | 85364824 | |

**Plaintiff(s)**

**Name:**

JanSport Apparel Corp.

**Correspondent Address:**

PAUL J KENNEDY
PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE, EIGHTEENTH AND ARCH STREETS
PHILADELPHIA PA , 19103-2799
UNITED STATES

**Correspondent e-mail:**

kennedyp@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Renewed | 75275443 | 2229974 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Sep 17, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Sep 17, 2012 | Oct 27, 2012 |
| 3 | PENDING, INSTITUTED | Sep 17, 2012 | |
| 4 | ANSWER | Oct 25, 2012 | |
| 5 | STIPULATION FOR AN EXTENSION OF TIME | Feb 19, 2013 | |
| 6 | EXTENSION OF TIME GRANTED | Feb 19, 2013 | |
| 7 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Jun 20, 2013 | |
| 8 | SUSPENDED | Jun 20, 2013 | |
| 9 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Sep 18, 2013 | |
| 10 | SUSPENDED | Sep 18, 2013 | |
| 11 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Nov 19, 2013 | |
| 12 | SUSPENDED | Nov 19, 2013 | |
| 13 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Dec 20, 2013 | |
| 14 | SUSPENDED | Dec 20, 2013 | |
| 15 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Jan 17, 2014 | |
| 16 | SUSPENDED | Jan 17, 2014 | |
| 17 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Feb 14, 2014 | |
| 18 | SUSPENDED | Feb 14, 2014 | |
| 19 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Mar 14, 2014 | |
| 20 | SUSPENDED | Mar 14, 2014 | |
| 21 | STIP FOR EXT | Apr 11, 2014 | |
| 22 | EXTENSION OF TIME GRANTED | Apr 11, 2014 | |
| 23 | STIP FOR EXT | May 16, 2014 | |
| 24 | EXTENSION OF TIME GRANTED | May 16, 2014 | |
| 25 | STIP FOR EXT | Jun 19, 2014 | |
| 26 | EXTENSION OF TIME GRANTED | Jun 19, 2014 | |
| 27 | STIP FOR EXT | Jul 16, 2014 | |
| 28 | EXTENSION OF TIME GRANTED | Jul 16, 2014 | |
| 29 | STIP FOR EXT | Sep 12, 2014 | |
| 30 | EXTENSION OF TIME GRANTED | Sep 12, 2014 | |
| 31 | P MOT FOR EXT W/ CONSENT | Nov 14, 2014 | |
| 32 | EXTENSION OF TIME GRANTED | Dec 03, 2014 | |
| 33 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Jan 06, 2015 | |
| 34 | SUSPENDED | Jan 29, 2015 | |
| 35 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Mar 26, 2015 | |
| 36 | SUSPENDED | Apr 09, 2015 | |
| 37 | W/DRAW OF OPPOSITION | Aug 25, 2015 | |
| 38 | BD DECISION: DISMISSED W/O PREJ | Sep 04, 2015 | |
| 39 | TERMINATED | Sep 04, 2015 | |

**Type of Proceeding: Opposition**

Proceeding Number: 91189856                                Filing Date:

Apr 22, 2009

Status: Terminated                                          Status Date:

Jul 31, 2009

Interlocutory Attorney:  ANDREW P BAXLEY

**Defendant**

Name:

GlamSport, Ltd

Correspondent Address:

ROSEN, ALYSA
587 N VENTU PARK RD # E448
NEWBURY PARK CA , 91320-2723
UNITED STATES

Correspondent e-mail:

allyrose.glamsport@gmail.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLAMSPORT | Abandoned - After Inter-Partes Decision | 77535100 | |

**Plaintiff(s)**

Name:

JanSport Apparel Corp

Correspondent Address.

Paul J. Kennedy
Pepper Hamilton LLP
3000 Two Logan SquareEighteenth and Arch Streets
Philadelphia PA . 19103-2799
UNITED STATES

Correspondent e-mail:

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 73099989 | 1096082 |
| JANSPORT | Renewed | 73437980 | 1284423 |
| JANSPORT | Renewed | 73437979 | 1296406 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Apr 22, 2009 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Apr 22, 2009 | Jun 01, 2009 |
| 3 | PENDING  INSTITUTED | Apr 22, 2009 | |
| 4 | NOTICE OF DEFAULT | Jun 16  2009 | |
| 5 | BOARD'S DECISION  SUSTAINED | Jul 31, 2009 | |
| 6 | TERMINATED | Jul 31, 2009 | |
| 7 | PAPER RECEIVED AT TTAB | Dec 03, 2009 | |

**Type of Proceeding: Opposition**

Proceeding Number: 91187082                          Filing Date:

Oct 21, 2008

Status:  Terminated                          Status Date:

Jan 29, 2009

Interlocutory Attorney:  ELIZABETH A DUNN

**Defendant**

Name.

qingwen xu

Correspondent Address:

QINGWEN XU
710 DUCOMMUN ST
LOS ANGELES CA  90012-3420
UNITED STATES

Correspondent e-mail:

Monday786@msn.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

SAMSPORT                                    Abandoned - After Inter-Partes Decision          77393271

**Plaintiff(s)**

Name:

JanSport Apparel Corp

Correspondent Address:

Paul J. Kennedy
Pepper Hamilton LLP
3000 Two Logan SquareEighteenth and Arch Streets
Philadelphia PA, 19103-2799
UNITED STATES

Correspondent e-mail:

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Oct 21, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Oct 21, 2008 | Nov 30, 2008 |
| 3 | PENDING, INSTITUTED | Oct 21, 2008 | |
| 4 | NOTICE OF DEFAULT | Dec 15, 2008 | |
| 5 | BOARD'S DECISION  SUSTAINED | Jan 29, 2009 | |
| 6 | TERMINATED | Jan 29, 2009 | |

**Type of Proceeding: Opposition**

Proceeding Number: 91182474                       Filing Date:

Feb 14, 2008

Status: Terminated                                Status Date:

Jun 02, 2008

Interlocutory Attorney:  LINDA M SKORO

**Defendant**

Name:

Shayla C. Stevens

Correspondent Address:

Shayla C. Stevens
P.O. Box 5682
Atlanta GA, 31107-0682
UNITED STATES

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLAMSPORT | Abandoned - After Inter-Partes Decision | 77040109 | |

**Plaintiff(s)**

Name:

JanSport Apparel Corp

Correspondent Address:

Paul J. Kennedy
Pepper Hamilton LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia PA , 19103-2799
UNITED STATES

Correspondent e-mail:

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| JANSPORT | Expired | 73009358 | 1042278 |

| | | | |
|---|---|---|---|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75275443 | 2229974 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Cancelled - Section 8 | 75888149 | 2483660 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 14, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Feb 15, 2008 | Mar 26, 2008 |
| 3 | PENDING, INSTITUTED | Feb 15, 2008 | |
| 4 | NOTICE OF DEFAULT | Apr 14, 2008 | |
| 5 | BOARD'S DECISION SUSTAINED | Jun 02, 2008 | |
| 6 | TERMINATED | Jun 02, 2008 | |

**Type of Proceeding: Opposition**

Proceeding Number:   91182283                                         Filing Date:

Feb 06, 2008

Status:   Terminated                                         Status Date:

Jul 06, 2009

Interlocutory Attorney:   ELIZABETH A DUNN

**Defendant**

Name:

Bedare LLC

Correspondent Address:

DAVID SCHREFF
BEDARE LLC
42 STONE BROOK LANE
COS COB CT  06807-1113
UNITED STATES

Correspondent e-mail:

bedare@aol.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| DANSPORT | Abandoned - After Inter-Partes Decision | 77145834 | |

**Plaintiff(s)**

Name:

Jansport Apparel Corp

Correspondent Address:

Paul J Kennedy
Pepper Hamilton LLP
3000 Two Logan Square  Eighteenth and Arch Streets
Philadelphia PA  19103-2799
UNITED STATES

Correspondent e-mail:

kennedyp@pepperlaw.com , mulliqar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JANSPORT | Expired | 73009358 | 1042278 |
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75275443 | 2229974 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Cancelled - Section 8 | 75888149 | 2483660 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 06, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 06, 2008 | Mar 17, 2008 |
| 3 | PENDING, INSTITUTED | Feb 06, 2008 | |
| 4 | ANSWER | Feb 26, 2008 | |
| 5 | STIPULATION FOR INTRODUCTION OF EVIDENCE | Dec 08, 2008 | |
| 6 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 | |
| 7 | PLAINTIFF'S NOTICE OF RELIANCE | Jan 12, 2009 | |
| 8 | PLAINTIFF'S NOTICE OF RELIANCE | Jan 12, 2009 | |
| 9 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 | |
| 10 | P'S CONFIDENTIAL SUPPORTING EVIDENTS/EXHIBITS | Jan 12, 2009 | |
| 11 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 | |
| 12 | BRIEF ON MERITS FOR PLAINTIFF | Jun 25, 2009 | |
| 13 | BRIEF ON MERITS FOR PLAINTIFF | Jun 25, 2009 | |
| 14 | WITHDRAWAL OF APPLICATION | Jul 01, 2009 | |
| 15 | BOARD'S DECISION: SUSTAINED | Jul 06, 2009 | |
| 16 | TERMINATED | Jul 06, 2009 | |

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

Reg. No. 2,372,601

## United States Patent and Trademark Office

Registered Aug. 1, 2000

## TRADEMARK
### PRINCIPAL REGISTER

## JANSPORT

JANSPORT APPAREL CORP. (DELAWARE COR-
PORATION)
200 WELDIN BLDG., 3411 SILVERSIDE ROAD
WILMINGTON, DE 19810

FOR: LUGGAGE, IN CLASS 18 (U.S. CLS. 1, 2,
3, 22 AND 41).

FIRST USE 1-0-1985; IN COMMERCE 1-0-1985.

SER. NO. 75-731,024, FILED 6-17-1999.

MARY ROSSMAN, EXAMINING ATTORNEY

**Generated on:**

This page was generated by TSDR on 2015-11-24 11:15:20 EST

**Mark:** JANSPORT

JANSPORT

**US Serial Number:** 75731024            **Application Filing Date:**

Jun 17, 1999

**US Registration Number:** 2372601            **Registration Date:**

Aug 01, 2000

**Register:**

Principal

**Mark Type:**

Trademark

**Status:**

The registration has been renewed

**Status Date:**

Jul 21, 2010

**Publication Date:** May 09, 2000

# Mark Information

**Mark Literal Elements:**

JANSPORT

**Standard Character Claim:**

No

**Mark Drawing Type:**

1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services.

- Brackets [ ] indicate deleted goods/services
- Double parenthesis (( )) identify any goods/services not claimed in a Section 15 affidavit of incontestability, and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:**

luggage

**International Class(es):** 018 - Primary Class            **U.S Class(es):**

001, 002, 003, 022, 041

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** Jan. 1985            **Use in Commerce:**

Jan. 1985

# Basis Information (Case Level)

| | | |
|---|---|---|
| **Filed Use:** Yes | **Currently Use:** Yes | **Amended Use:** No |
| **Filed ITU:** No | **Currently ITU:** No | **Amended ITU:** No |
| **Filed 44D:** No | **Currently 44D:** No | **Amended 44D:** No |
| **Filed 44E:** No | **Currently 44E:** No | **Amended 44E:** No |
| **Filed 66A:** No | **Currently 66A:** No | |
| **Filed No Basis:** No | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:**

Jansport Apparel Corp.

**Owner Address:**

3411 Silverside Road
Wilmington, DELAWARE 19810
UNITED STATES

Legal Entity Type: CORPORATION

State or Country Where Organized:

DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Kia H. Wimmer

Docket Number:

JAC-4964-US

Attorney Primary Email Address: kia_h_wimmer@vfc.com

Attorney Email Authorized:

Yes

**Correspondent**

Correspondent Name/Address:

Kia H. Wimmer
JanSport Apparel Corp.
3411 Silverside Road
200 Hanby Building
Wilmington, DELAWARE 19810
UNITED STATES

Phone: 302-477-3930

Fax:

302-477-3932

Correspondent e-mail: kia_h_wimmer@vfc.com pelleg@vfc.com

Correspondent e-mail Authorized:

Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan 15, 2015 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jan 15, 2015 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Jul 21, 2010 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 64591 |
| Jul 21, 2010 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Jul 20, 2010 | TEAS SECTION 8 & 9 RECEIVED | |
| Nov 15, 2006 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK | 64591 |
| Oct 24, 2006 | ASSIGNED TO PARALEGAL | 64591 |
| Aug 22, 2006 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Aug 22, 2006 | TEAS SECTION 8 & 15 RECEIVED | |
| Mar 06, 2006 | CASE FILE IN TICRS | |
| Aug 01, 2000 | REGISTERED-PRINCIPAL REGISTER | |
| May 09, 2000 | PUBLISHED FOR OPPOSITION | |
| Apr 08, 2000 | NOTICE OF PUBLICATION | |
| Dec 22, 1999 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov 18, 1999 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Sep 29, 1999 | NON-FINAL ACTION MAILED | |
| Sep 21, 1999 | ASSIGNED TO EXAMINER | 72153 |

## Maintenance Filings or Post Registration Information

Affidavit of Continued Use:

Section 8 - Accepted

Affidavit of Incontestability:

Section 15 - Accepted

Renewal Date:

Aug. 01, 2010

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: GENERIC WEB UPDATE          Date in Location:

Jul 21, 2010

# Proceedings

**Summary**

**Number of Proceedings:**

5

## Type of Proceeding: Opposition

Proceeding Number: 91207023          Filing Date:

Sep 17, 2012

Status: Terminated          Status Date:

Sep 04, 2015

Interlocutory Attorney: BENJAMIN U OKEKE

**Defendant**

Name:

Standard Sales, Inc

Correspondent Address:

CHRISTOPHER CHAUDOIR
LAW OFFICES OF CHRISTOPHER CHAUDOIR
181 SYCAMORE AVE
SAN MATEO CA  94402-1033
UNITED STATES

Correspondent e-mail:

chowder262@gmail.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|----------------|----------------------|
| STANSPORT SINCE 1949 | Notice of Allowance - Issued | 85358921 | |
| STANSPORT SINCE 1949 | Notice of Allowance - Issued | 85364824 | |

**Plaintiff(s)**

Name:

JanSport Apparel Corp

Correspondent Address:

PAUL J KENNEDY
PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE  EIGHTEENTH AND ARCH STREETS
PHILADELPHIA PA  19103-2799
UNITED STATES

Correspondent e-mail:

kennedyp@pepperlaw.com  catalani@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|----------------|----------------------|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Renewed | 75275443 | 2229974 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Sep 17, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT  ANSWER DUE | Sep 17, 2012 | Oct 27, 2012 |

| 3 | PENDING INSTITUTED | Sep 17, 2012 |
|---|---|---|
| 4 | ANSWER | Oct 25, 2012 |
| 5 | STIPULATION FOR AN EXTENSION OF TIME | Feb 19, 2013 |
| 6 | EXTENSION OF TIME GRANTED | Feb 19, 2013 |
| 7 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Jun 20, 2013 |
| 8 | SUSPENDED | Jun 20, 2013 |
| 9 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Sep 18, 2013 |
| 10 | SUSPENDED | Sep 18, 2013 |
| 11 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Nov 19, 2013 |
| 12 | SUSPENDED | Nov 19, 2013 |
| 13 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Dec 20, 2013 |
| 14 | SUSPENDED | Dec 20, 2013 |
| 15 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Jan 17, 2014 |
| 16 | SUSPENDED | Jan 17, 2014 |
| 17 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Feb 14, 2014 |
| 18 | SUSPENDED | Feb 14, 2014 |
| 19 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Mar 14, 2014 |
| 20 | SUSPENDED | Mar 14, 2014 |
| 21 | STIP FOR EXT | Apr 11, 2014 |
| 22 | EXTENSION OF TIME GRANTED | Apr 11, 2014 |
| 23 | STIP FOR EXT | May 16, 2014 |
| 24 | EXTENSION OF TIME GRANTED | May 16, 2014 |
| 25 | STIP FOR EXT | Jun 19, 2014 |
| 26 | EXTENSION OF TIME GRANTED | Jun 19, 2014 |
| 27 | STIP FOR EXT | Jul 16, 2014 |
| 28 | EXTENSION OF TIME GRANTED | Jul 16, 2014 |
| 29 | STIP FOR EXT | Sep 12, 2014 |
| 30 | EXTENSION OF TIME GRANTED | Sep 12, 2014 |
| 31 | P MOT FOR EXT W/ CONSENT | Nov 14, 2014 |
| 32 | EXTENSION OF TIME GRANTED | Dec 03, 2014 |
| 33 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Jan 06, 2015 |
| 34 | SUSPENDED | Jan 29, 2015 |
| 35 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Mar 26, 2015 |
| 36 | SUSPENDED | Apr 09, 2015 |
| 37 | W/DRAW OF OPPOSITION | Aug 25, 2015 |
| 38 | BD DECISION: DISMISSED W/O PREJ | Sep 04, 2015 |
| 39 | TERMINATED | Sep 04, 2015 |

**Type of Proceeding: Opposition**

Proceeding Number: 91189856                                   Filing Date:

Apr 22, 2009

Status: Terminated                                   Status Date:

Jul 31, 2009

Interlocutory Attorney: ANDREW P BAXLEY

**Defendant**

Name:

GlamSport, Ltd

Correspondent Address:

ROSEN, ALYSA
587 N VENTU PARK RD # E448
NEWBURY PARK CA , 91320-2723
UNITED STATES

Correspondent e-mail:

allyrose.glamsport@gmail.com

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLAMSPORT | Abandoned - After Inter-Partes Decision | 77535100 | |

**Plaintiff(s)**

Name:

JanSport Apparel Corp.

Correspondent Address:

Paul J Kennedy
Pepper Hamilton LLP
3000 Two Logan SquareEighteenth and Arch Streets
Philadelphia PA , 19103-2799
UNITED STATES

Correspondent e-mail:

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 73099989 | 1096082 |
| JANSPORT | Renewed | 73437980 | 1284423 |
| JANSPORT | Renewed | 73437979 | 1296406 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Apr 22, 2009 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Apr 22, 2009 | Jun 01, 2009 |
| 3 | PENDING, INSTITUTED | Apr 22, 2009 | |
| 4 | NOTICE OF DEFAULT | Jun 16, 2009 | |
| 5 | BOARD'S DECISION SUSTAINED | Jul 31, 2009 | |
| 6 | TERMINATED | Jul 31, 2009 | |
| 7 | PAPER RECEIVED AT TTAB | Dec 03, 2009 | |

**Type of Proceeding: Opposition**

Proceeding Number: 91187082

Filing Date:

Oct 21, 2008

Status: Terminated

Status Date:

Jan 29, 2009

Interlocutory Attorney: ELIZABETH A DUNN

**Defendant**

Name:

qingwen xu

Correspondent Address:

QINGWEN XU
710 DUCOMMUN ST
LOS ANGELES CA , 90012-3420
UNITED STATES

Correspondent e-mail:

Monday786@msn.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| SAMSPORT | Abandoned - After Inter-Partes Decision | 77393271 | |

**Plaintiff(s)**

Name:

JanSport Apparel Corp

Correspondent Address:

Paul J Kennedy
Pepper Hamilton LLP
3000 Two Logan SquareEighteenth and Arch Streets
Philadelphia PA , 19103-2799
UNITED STATES

Correspondent e-mail:

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|------|---|-------------------|---------------|---------------------|
| JANSPORT | | Renewed | 73099988 | 1089701 |
| JANSPORT | | Renewed | 74571558 | 1919738 |
| JANSPORT | | Renewed | 75731024 | 2372601 |
| JANSPORT | | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Oct 21, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Oct 21, 2008 | Nov 30, 2008 |
| 3 | PENDING, INSTITUTED | Oct 21, 2008 | |
| 4 | NOTICE OF DEFAULT | Dec 15, 2008 | |
| 5 | BOARD'S DECISION: SUSTAINED | Jan 29, 2009 | |
| 6 | TERMINATED | Jan 29, 2009 | |

## Type of Proceeding: Opposition

Proceeding Number:  91182474                                  Filing Date:

Feb 14, 2008

Status:  Terminated                                  Status Date:

Jun 02, 2008

Interlocutory Attorney:  LINDA M SKORO

### Defendant

Name:

Shayla C. Stevens

Correspondent Address:

Shayla C. Stevens
P O Box 5682
Atlanta GA  31107-0682
UNITED STATES

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|------|---|-------------------|---------------|---------------------|
| GLAMSPORT | | Abandoned - After Inter-Partes Decision | 77040109 | |

### Plaintiff(s)

Name:

JanSport Apparel Corp.

Correspondent Address:

Paul J. Kennedy
Pepper Hamilton LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia PA , 19103-2799
UNITED STATES

Correspondent e-mail:

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | | Application Status | Serial Number | Registration Number |
|------|---|-------------------|---------------|---------------------|
| JANSPORT | | Expired | 73009358 | 1042278 |
| JANSPORT | | Renewed | 73099988 | 1089701 |
| JANSPORT | | Renewed | 74571558 | 1919738 |
| JANSPORT | | Renewed | 75275443 | 2229974 |
| JANSPORT | | Renewed | 75731024 | 2372601 |
| JANSPORT | | Cancelled - Section 8 | 75888149 | 2483660 |
| JANSPORT | | Renewed | 78444401 | 2997678 |
| JANSPORT | | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Feb 14, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE PENDING, INSTITUTED | Feb 15, 2008 | Mar 26, 2008 |

| | | | |
|---|---|---|---|
| 3 | | | Feb 15, 2008 |
| 4 | NOTICE OF DEFAULT | | Apr 14, 2008 |
| 5 | BOARD'S DECISION  SUSTAINED | | Jun 02, 2008 |
| 6 | TERMINATED | | Jun 02, 2008 |

## Type of Proceeding: Opposition

| | | |
|---|---|---|
| Proceeding Number:  91182283 | | **Filing Date:** |
| Feb 06, 2008 | | |
| **Status:**  Terminated | | **Status Date:** |
| Jul 06, 2009 | | |
| **Interlocutory Attorney:**  ELIZABETH A DUNN | | |

### Defendant

**Name:**

Bedare LLC

**Correspondent Address:**

DAVID SCHREFF
BEDARE LLC
42 STONE BROOK LANE
COS COB CT  06807-1113
UNITED STATES

**Correspondent e-mail:**

bedare@aol.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| DANSPORT | Abandoned - After Inter-Partes Decision | 77145834 | |

### Plaintiff(s)

**Name:**

Jansport Apparel Corp

**Correspondent Address:**

Paul J Kennedy
Pepper Hamilton LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia PA  19103-2799
UNITED STATES

**Correspondent e-mail:**

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JANSPORT | Expired | 73009358 | 1042278 |
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75275443 | 2229974 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Cancelled - Section 8 | 75888149 | 2483660 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 06, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Feb 06, 2008 | Mar 17, 2008 |
| 3 | PENDING, INSTITUTED | Feb 06, 2008 | |
| 4 | ANSWER | Feb 26, 2008 | |
| 5 | STIPULATION FOR INTRODUCTION OF EVIDENCE | Dec 08, 2008 | |
| 6 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 | |
| 7 | PLAINTIFF'S NOTICE OF RELIANCE | Jan 12, 2009 | |
| 8 | PLAINTIFF'S NOTICE OF RELIANCE | Jan 12, 2009 | |
| 9 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 | |
| 10 | P'S CONFIDENTIAL SUPPORTING EVIDENTS/EXHIBITS | Jan 12, 2009 | |
| 11 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 | |

| 12 | BRIEF ON MERITS FOR PLAINTIFF | Jun 25, 2009 |
| 13 | BRIEF ON MERITS FOR PLAINTIFF | Jun 25, 2009 |
| 14 | WITHDRAWAL OF APPLICATION | Jul 01, 2009 |
| 15 | BOARD'S DECISION: SUSTAINED | Jul 06, 2009 |
| 16 | TERMINATED | Jul 06, 2009 |

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 3,316,763
Registered Oct. 23, 2007

## TRADEMARK
## PRINCIPAL REGISTER

# JANSPORT

JANSPORT APPAREL CORP. (DELAWARE COR-
  PORATION)
3411 SILVERSIDE ROAD
WILMINGTON, DE 19810

FOR: ALL PURPOSE SPORTING BAGS, ALL
PURPOSE CARRYING BAGS, SOFT LUGGAGE,
LUGGAGE CASES, BACKPACKS, DAYPACKS,
FANNY PACKS, FRAME BACKPACKS, KNAP-
SACKS, BOOK BAGS FOR TRAVELING, TOTE
BAGS, DUFFEL BAGS, HANDBAGS, GARMENT
BAGS FOR TRAVELING, CLOTHING BAGS FOR
TRAVELING, AND STRAPS FOR LUGGAGE AND
STRAPS FOR HANDBAGS, IN CLASS 18 (U.S. CLS. 1,
2, 3, 22 AND 41).

FIRST USE 12-21-1973; IN COMMERCE 12-21-1973.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,919,738, 2,483,660
AND OTHERS.

SER. NO. 77-103,904, FILED 2-9-2007.

GEORGE LORENZO, EXAMINING ATTORNEY

**Generated on:**
This page was generated by TSDR on 2015-11-24 11 18 06 EST
Mark: JANSPORT

# JANSPORT

**US Serial Number:** 77103904

Feb 09, 2007

**US Registration Number:** 3316763

Oct. 23, 2007

**Register:**

Principal

**Mark Type:**

Trademark

**Status:**

A Sections 8 and 15 combined declaration has been accepted and acknowledged

**Status Date:**

Jul 16, 2013

**Publication Date:** Aug 07, 2007

**Application Filing Date:**

**Registration Date:**

## Mark Information

**Mark Literal Elements:**

JANSPORT

**Standard Character Claim:**

Yes The mark consists of standard characters without claim to any particular font style, size, or color

**Mark Drawing Type:**

4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:**

1919738, 2372601, 2483660 and others

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services

- Brackets [ ] indicate deleted goods/services
- Double parenthesis (( )) identify any goods/services not claimed in a Section 15 affidavit of incontestability and
- Asterisks *..* identify additional (new) wording in the goods/services

**For:**

ALL PURPOSE SPORTING BAGS, ALL PURPOSE CARRYING BAGS, SOFT LUGGAGE, LUGGAGE CASES, BACKPACKS, DAYPACKS, FANNY PACKS, FRAME BACKPACKS, KNAPSACKS, BOOK BAGS FOR TRAVELING, TOTE BAGS, DUFFEL BAGS, HANDBAGS, GARMENT BAGS FOR TRAVELING, CLOTHING BAGS FOR TRAVELING, AND STRAPS FOR LUGGAGE AND STRAPS FOR HANDBAGS

**International Class(es):** 018 - Primary Class

001, 002, 003, 022, 041

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** Dec 21, 1973

Dec 21, 1973

**U.S Class(es):**

**Use in Commerce:**

## Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Amended Use:** No

| Filed ITU: No | Currently ITU: No | Amended ITU: No |
|---|---|---|
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

**Owner Name:**

JANSPORT APPAREL CORP

**Owner Address:**

3411 SILVERSIDE ROAD
WILMINGTON, DELAWARE UNITED STATES 19810

Legal Entity Type: CORPORATION

**State or Country Where Organized:**

DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: Kia H. Wimmer

**Docket Number:**

JAC-13042-US

Attorney Primary Email Address: kia_h_wimmer@vfc.com

**Attorney Email Authorized:**

Yes

**Correspondent**

Correspondent Name/Address:

Kia H. Wimmer
JanSport Apparel Corp
3411 Silverside Road
200 Hanby Building
Wilmington, DELAWARE UNITED STATES 19810

Phone: 302-477-3930

**Fax:**

302-477-3932

Correspondent e-mail: kia_h_wimmer@vfc.com pellegj@vfc.com

**Correspondent e-mail Authorized:**

Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 15, 2015 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jan. 15, 2015 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Jul. 16, 2013 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jul. 16, 2013 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK | 69471 |
| Jul. 16, 2013 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 69471 |
| Jul. 01, 2013 | TEAS SECTION 8 & 15 RECEIVED | |
| Oct. 23, 2007 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 07, 2007 | PUBLISHED FOR OPPOSITION | |
| Jul. 18, 2007 | NOTICE OF PUBLICATION | |
| Jul. 03, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77075 |
| Jul. 03, 2007 | ASSIGNED TO LIE | 77075 |
| May 30, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 30, 2007 | ASSIGNED TO EXAMINER | 73359 |
| Feb. 16, 2007 | NOTICE OF PSEUDO MARK MAILED | |
| Feb. 15, 2007 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued**

**Use:**

Section 8 - Accepted

**Affidavit of Incontestability:**

Section 15 - Accepted

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: TMEG LAW OFFICE 101                    Date in Location:

Jul 16, 2013

# Proceedings

**Summary**

**Number of Proceedings:**

5

## Type of Proceeding: Opposition

Proceeding Number: 91207023                              Filing Date:

Sep 17, 2012

Status: Terminated                                       Status Date:

Sep 04, 2015

Interlocutory Attorney: BENJAMIN U OKEKE

**Defendant**

Name:

Standard Sales, Inc

**Correspondent Address:**

CHRISTOPHER CHAUDOIR
LAW OFFICES OF CHRISTOPHER CHAUDOIR
181 SYCAMORE AVE
SAN MATEO CA UNITED STATES , 94402-1033

**Correspondent e-mail:**

chowder262@gmail.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| STANSPORT SINCE 1949 | Notice of Allowance - Issued | 85358921 | |
| STANSPORT SINCE 1949 | Notice of Allowance - Issued | 85364824 | |

**Plaintiff(s)**

Name:

JanSport Apparel Corp

**Correspondent Address:**

PAUL J KENNEDY
PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE, EIGHTEENTH AND ARCH STREETS
PHILADELPHIA PA UNITED STATES , 19103-2799

**Correspondent e-mail:**

kennedyp@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Renewed | 75275443 | 2229974 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 17, 2012 | |

| 2  | NOTICE AND TRIAL DATES SENT, ANSWER DUE:       | Sep 17, 2012 | Oct 27, 2012 |
|----|------------------------------------------------|--------------|--------------|
| 3  | PENDING, INSTITUTED                            | Sep 17, 2012 |              |
| 4  | ANSWER                                         | Oct 25, 2012 |              |
| 5  | STIPULATION FOR AN EXTENSION OF TIME           | Feb 19, 2013 |              |
| 6  | EXTENSION OF TIME GRANTED                      | Feb 19, 2013 |              |
| 7  | STIP TO SUSP PEND SETTL NEGOTIATIONS           | Jun 20, 2013 |              |
| 8  | SUSPENDED                                      | Jun 20, 2013 |              |
| 9  | STIP TO SUSP PEND SETTL NEGOTIATIONS           | Sep 18, 2013 |              |
| 10 | SUSPENDED                                      | Sep 18, 2013 |              |
| 11 | STIP TO SUSP PEND SETTL NEGOTIATIONS           | Nov 19, 2013 |              |
| 12 | SUSPENDED                                      | Nov 19, 2013 |              |
| 13 | STIP TO SUSP PEND SETTL NEGOTIATIONS           | Dec 20, 2013 |              |
| 14 | SUSPENDED                                      | Dec 20, 2013 |              |
| 15 | STIP TO SUSP PEND SETTL NEGOTIATIONS           | Jan 17, 2014 |              |
| 16 | SUSPENDED                                      | Jan 17, 2014 |              |
| 17 | STIP TO SUSP PEND SETTL NEGOTIATIONS           | Feb 14, 2014 |              |
| 18 | SUSPENDED                                      | Feb 14, 2014 |              |
| 19 | STIP TO SUSP PEND SETTL NEGOTIATIONS           | Mar 14, 2014 |              |
| 20 | SUSPENDED                                      | Mar 14, 2014 |              |
| 21 | STIP FOR EXT                                   | Apr 11, 2014 |              |
| 22 | EXTENSION OF TIME GRANTED                      | Apr 11, 2014 |              |
| 23 | STIP FOR EXT                                   | May 16, 2014 |              |
| 24 | EXTENSION OF TIME GRANTED                      | May 16, 2014 |              |
| 25 | STIP FOR EXT                                   | Jun 19, 2014 |              |
| 26 | EXTENSION OF TIME GRANTED                      | Jun 19, 2014 |              |
| 27 | STIP FOR EXT                                   | Jul 16, 2014 |              |
| 28 | EXTENSION OF TIME GRANTED                      | Jul 16, 2014 |              |
| 29 | STIP FOR EXT                                   | Sep 12, 2014 |              |
| 30 | EXTENSION OF TIME GRANTED                      | Sep 12, 2014 |              |
| 31 | P MOT FOR EXT W/ CONSENT                       | Nov 14, 2014 |              |
| 32 | EXTENSION OF TIME GRANTED                      | Dec 03, 2014 |              |
| 33 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Jan 06, 2015 |            |
| 34 | SUSPENDED                                      | Jan 29, 2015 |              |
| 35 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Mar 26, 2015 |            |
| 36 | SUSPENDED                                      | Apr 09, 2015 |              |
| 37 | W/DRAW OF OPPOSITION                           | Aug 25, 2015 |              |
| 38 | BD DECISION: DISMISSED W/O PREJ                | Sep 04, 2015 |              |
| 39 | TERMINATED                                     | Sep 04, 2015 |              |

## Type of Proceeding: Opposition

Proceeding Number: 91189856                                    Filing Date:

Apr 22, 2009

Status: Terminated                                             Status Date:

Jul 31, 2009

Interlocutory Attorney: ANDREW P BAXLEY

### Defendant

Name:

GlamSport, Ltd.

Correspondent Address:

ROSEN, ALYSA
587 N VENTU PARK RD # E448
NEWBURY PARK CA UNITED STATES , 91320-2723

Correspondent e-mail:

allyrose.glamsport@gmail.com

**Associated marks**

| Mark      | Application Status                        | Serial Number | Registration Number |
|-----------|-------------------------------------------|---------------|---------------------|
| GLAMSPORT | Abandoned - After Inter-Partes Decision   | 77535100      |                     |

### Plaintiff(s)

Name:

JanSport Apparel Corp

**Correspondent Address:**

Paul J Kennedy
Pepper Hamilton LLP
3000 Two Logan SquareEighteenth and Arch Streets
Philadelphia PA UNITED STATES , 19103-2799

**Correspondent e-mail:**

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 73099989 | 1096082 |
| JANSPORT | Renewed | 73437980 | 1284423 |
| JANSPORT | Renewed | 73437979 | 1296406 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Apr 22, 2009 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Apr 22, 2009 | Jun 01, 2009 |
| 3 | PENDING, INSTITUTED | Apr 22, 2009 | |
| 4 | NOTICE OF DEFAULT | Jun 16, 2009 | |
| 5 | BOARD'S DECISION: SUSTAINED | Jul 31, 2009 | |
| 6 | TERMINATED | Jul 31, 2009 | |
| 7 | PAPER RECEIVED AT TTAB | Dec 03, 2009 | |

**Type of Proceeding: Opposition**

Proceeding Number: 91187082                        Filing Date:

Oct 21, 2008

Status: Terminated                        Status Date:

Jan 29, 2009

Interlocutory Attorney: ELIZABETH A DUNN

**Defendant**

Name:

qingwen xu

**Correspondent Address:**

QINGWEN XU
710 DUCOMMUN ST
LOS ANGELES CA UNITED STATES  90012-3420

**Correspondent e-mail:**

Monday786@msn.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| SAMSPORT | Abandoned - After Inter-Partes Decision | 77393271 | |

**Plaintiff(s)**

Name:

JanSport Apparel Corp

**Correspondent Address:**

Paul J Kennedy
Pepper Hamilton LLP
3000 Two Logan SquareEighteenth and Arch Streets
Philadelphia PA UNITED STATES , 19103-2799

**Correspondent e-mail:**

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial | Registration |
|------|-------------------|--------|--------------|

| | | | Number | Number |
|---|---|---|---|---|
| JANSPORT | | Renewed | 73099988 | 1089701 |
| JANSPORT | | Renewed | 74571558 | 1919738 |
| JANSPORT | | Renewed | 75731024 | 2372601 |
| JANSPORT | | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Oct 21, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Oct 21, 2008 | Nov 30 2008 |
| 3 | PENDING, INSTITUTED | Oct 21, 2008 | |
| 4 | NOTICE OF DEFAULT | Dec 15, 2008 | |
| 5 | BOARD'S DECISION  SUSTAINED | Jan 29, 2009 | |
| 6 | TERMINATED | Jan 29, 2009 | |

### Type of Proceeding: Opposition

**Proceeding Number:** 91182474     **Filing Date:**

Feb 14  2008

**Status:** Terminated     **Status Date:**

Jun 02  2008

**Interlocutory Attorney:** LINDA M SKORO

#### Defendant

**Name:**

Shayla C  Stevens

**Correspondent Address:**

Shayla C. Stevens
P O  Box 5682
Atlanta GA UNITED STATES , 31107-0682

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLAMSPORT | Abandoned - After Inter-Partes Decision | 77040109 | |

#### Plaintiff(s)

**Name:**

JanSport Apparel Corp.

**Correspondent Address:**

Paul J. Kennedy
Pepper Hamilton LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia PA UNITED STATES , 19103-2799

**Correspondent e-mail:**

kennedyp@pepperlaw.com , mulligar@pepperlaw.com  catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JANSPORT | Expired | 73009358 | 1042278 |
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75275443 | 2229974 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Cancelled - Section 8 | 75888149 | 2483660 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 14, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Feb 15, 2008 | Mar 26  2008 |
| 3 | PENDING, INSTITUTED | Feb 15, 2008 | |
| 4 | NOTICE OF DEFAULT | Apr 14, 2008 | |
| 5 | BOARD'S DECISION  SUSTAINED | Jun 02, 2008 | |

| 6 | TERMINATED | | Jun 02, 2008 |
|---|---|---|---|

## Type of Proceeding: Opposition

| Proceeding Number: | 91182283 | Filing Date: | |
|---|---|---|---|
| Feb 06, 2008 | | | |
| Status: | Terminated | Status Date: | |
| Jul 06, 2009 | | | |
| Interlocutory Attorney: | ELIZABETH A DUNN | | |

### Defendant

**Name:**

Bedare LLC

**Correspondent Address:**

DAVID SCHREFF
BEDARE LLC
42 STONE BROOK LANE
COS COB CT UNITED STATES , 06807-1113

**Correspondent e-mail:**

bedare@aol.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| DANSPORT | Abandoned - After Inter-Partes Decision | 77145834 | |

### Plaintiff(s)

**Name:**

Jansport Apparel Corp

**Correspondent Address:**

Paul J. Kennedy
Pepper Hamilton LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia PA UNITED STATES , 19103-2799

**Correspondent e-mail:**

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JANSPORT | Expired | 73009358 | 1042278 |
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75275443 | 2229974 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Cancelled - Section 8 | 75888149 | 2483660 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 06, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Feb 06, 2008 | Mar 17, 2008 |
| 3 | PENDING, INSTITUTED | Feb 06, 2008 | |
| 4 | ANSWER | Feb 26, 2008 | |
| 5 | STIPULATION FOR INTRODUCTION OF EVIDENCE | Dec 08, 2008 | |
| 6 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 | |
| 7 | PLAINTIFF'S NOTICE OF RELIANCE | Jan 12, 2009 | |
| 8 | PLAINTIFF'S NOTICE OF RELIANCE | Jan 12, 2009 | |
| 9 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 | |
| 10 | P'S CONFIDENTIAL SUPPORTING EVIDENTS/EXHIBITS | Jan 12, 2009 | |
| 11 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 | |
| 12 | BRIEF ON MERITS FOR PLAINTIFF | Jun 25, 2009 | |
| 13 | BRIEF ON MERITS FOR PLAINTIFF | Jun 25, 2009 | |
| 14 | WITHDRAWAL OF APPLICATION | Jul 01, 2009 | |
| 15 | BOARD'S DECISION: SUSTAINED | Jul 06, 2009 | |

16          TERMINATED                                        Jul 06. 2009

Int. Cl.: 18, 22, 25

Prior U.S. Cl.: 3, 22, 39, 50

## United States Patent Office

Reg. No. 1,089,701
Registered Apr. 18, 1978

## TRADEMARK
### Principal Register



K-2 Corporation (Indiana corporation)
Vashon, Wash.  98070

For: BACKPACKS, PACK FRAMES, PACK BAGS, RUCKSACKS, STUFF BAGS AND RELATED ACCESSORIES—NAMELY, STRAPS, PADS AND BELTS—in CLASS 18 (U.S. CLS. 3 and 22).

First use Jan. 1, 1973; in commerce Jan. 1, 1973.

For: SPORTING GOODS—NAMELY, TENTS—in CLASS 22 (U.S. CL. 50).

First use May 1, 1973; in commerce May 1, 1973,

For: CLOTHING—NAMELY, PARKAS, JACKETS, VESTS AND RAIN SLICKERS—in CLASS 25 (U.S. CL. 39).

First use Feb. 1, 1976; in commerce Feb. 1, 1976.

Owner of Reg. Nos. 945,747 and 1,042,278.

Ser. No. 99,988, filed Sept. 16, 1976.

B. A. CHAPMAN, Examiner

Generated on:

This page was generated by TSDR on 2015-11-24 11 21 11 EST

Mark: JANSPORT

**JANSPORT**

**US Serial Number:** 73099988          **Application Filing Date:**
Sep 16 1976

**US Registration Number:** 1089701          **Registration Date:**
Apr 18, 1978

**Register:**
Principal

**Mark Type:**
Trademark

**Status:**
The registration has been renewed

**Status Date:**
May 07, 2008

# Mark Information

**Mark Literal Elements:**
JANSPORT

**Standard Character Claim:**
No

**Mark Drawing Type:**
5 - AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) INSTYLIZED FORM

# Related Properties Information

**Claimed Ownership of US Registrations:**
0945747  1042278

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services

- Brackets [ ] indicate deleted goods/services
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services

**For:**
BACKPACKS, PACK FRAMES, PACK BAGS, RUCKSACKS, STUFF BAGS AND RELATED ACCESSORIES-NAMELY, STRAPS, PADS AND BELTS

**International Class(es):** 018 - Primary Class          **U.S Class(es):**
003, 022

**Class Status:**
ACTIVE

**Basis:**
1(a)

**First Use:** Jan 01, 1973          **Use in Commerce:**
Jan 01, 1973

**For:**
[ SPORTING GOODS-NAMELY, TENTS ]

**International Class(es):** 022 - Primary Class          **U.S Class(es):**
001 002, 007, 019, 022, 042, 050

**Class Status:**

SECTION 8 - CANCELLED

Basis:

1(a)

First Use: May 01, 1973                           Use in Commerce:

May 01, 1973

For:

CLOTHING-NAMELY, [ PARKAS ] JACKETS [ VESTS AND RAIN SLICKERS ]

International Class(es): 025 - Primary Class          U.S Class(es):

022, 039

Class Status:

ACTIVE

Basis:

1(a)

First Use: Feb. 01, 1976                          Use in Commerce:

Feb. 01, 1976

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes | Amended Use: | No |
| Filed ITU: | No | Currently ITU: | No | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

## Current Owner(s) Information

Owner Name:

JANSPORT APPAREL CORP

Owner Address:

3411 SILVERSIDE ROAD
WILMINGTON, DELAWARE 19810
UNITED STATES

Legal Entity Type: CORPORATION          State or Country Where
                                        Organized:

DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

Attorney Name: Kia H. Wimmer               Docket Number:

JAC-3815-US

Attorney Primary Email  kia_h_wimmer@vfc.com          Attorney Email
Address:                                             Authorized:

Yes

### Correspondent

Correspondent
Name/Address:

Kia H. Wimmer
JanSport Apparel Corp.
3411 Silverside Road
200 Hanby Building
Wilmington, DELAWARE 19810
UNITED STATES

Phone: 302-477-3930                        Fax:

302-477-3932

Correspondent e-mail: kia_h_wimmer@vfc.com, pellegj@vfc.com          Correspondent e-mail
                                                                     Authorized:

Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jan 15, 2015 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jan 15, 2015 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| May 07, 2008 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 68502 |
| May 07, 2008 | REGISTERED - SEC 9 GRANTED/CHECK RECORD FOR SEC 8 | 68502 |
| May 07, 2008 | REGISTERED - PARTIAL SEC 8 (10-YR) ACCEPTED | 68502 |
| Apr 18, 2008 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC 9 FILED | |
| May 05, 2008 | ASSIGNED TO PARALEGAL | 68502 |
| Apr 18, 2008 | TEAS SECTION 8 & 9 RECEIVED | |
| Apr 09, 2008 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Apr 09, 2008 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Dec 10, 2007 | CASE FILE IN TICRS | |
| May 28, 1998 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Apr 17, 1998 | REGISTERED - SEC 9 FILED/CHECK RECORD FOR SEC 8 | |
| Sep 20, 1983 | REGISTERED - SEC 8 (6-YR) ACCEPTED & SEC 15 ACK | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:**

Section 8 - Accepted

**Affidavit of Incontestability:**

Section 15 - Accepted

**Renewal Date:**

Apr 18, 2008

**Change in Registration:**

Yes

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| Current Location: POST REGISTRATION | Date in Location: |
|---|---|

May 07, 2008

## Assignment Abstract Of Title Information

**Summary**

| Total Assignments: 8 | Registrant: |
|---|---|

K-2 CORPORATION

**Assignment 1 of 8**

**Conveyance:**

ASSIGNOR HEREBY RESERVES TO HIMSELF A PERSONAL NON-EXCLUSIVE, NONASSIGNABLE LICENSE UNDER SAID MARK, SUBJECT TO CONDITIONS RECITED (SEE RECORD FOR DETAILS)

| Reel/Frame: 0298/0646 | Pages: |
|---|---|

4

**Date Recorded:** Nov 19, 1976

**Supporting Documents:**

No Supporting Documents Available

**Assignor**

| Name: K-2 CORPORATION | Execution Date: |
|---|---|

Nov 18, 1976

| Legal Entity Type: CORPORATION | State or Country Where Organized: |
|---|---|

INDIANA

**Assignee**

**Name:**

K-2 CORPORATION

|  | Legal Entity Type: CORPORATION | State or Country Where Organized: |

INDIANA

Address:

No Assignee Address Found

**Correspondent**

Correspondent Name:

HOUGHER, GARVEY & SCHUBERT

Correspondent Address:

8TH FLOOR
1019 19TH STREET, N.W
WASHINGTON, DC 20036

**Domestic Representative - Not Found**

**Assignment 2 of 8**

Conveyance:

AS SECURITY FOR OBLIGATIONS RECITED ASSIGNOR HEREBY PLEDGES ASSIGNS, GRANTS AND GIVES TO ASSIGNEE A CONTINUING SECURITY INTEREST AND LIEN, UNDER SAID MARK SUBJECT TO AGREEMENT RECITED (SEE RECORD FOR DETAILS)

|  | Reel/Frame: 0419/0545 | Pages: |

8

Date Recorded: Jul 12, 1982

Supporting Documents:

No Supporting Documents Available

**Assignor**

|  | Name: DOWNERS, INC. | Execution Date: |

Apr 21, 1982

|  | Legal Entity Type: CORPORATION | State or Country Where Organized: |

WISCONSIN

**Assignee**

Name:

ITTI COMMERCIAL FINANCE DIVISION OF ITT DIVERSIFIED CREDIT CORP

|  | Legal Entity Type: CORPORATION | State or Country Where Organized: |

DELAWARE

Address:

STE 1920
100 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

**Correspondent**

Correspondent Name:

ITT COMMERCIAL FINANCE A DIV. OF

Correspondent Address:

ITT DIVERSIFIED CREDIT CORP
HARTFORD PLAZA
100 S. WACKER DR.
CHICAGO, IL 60606

**Domestic Representative - Not Found**

**Assignment 3 of 8**

Conveyance:

ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

|  | Reel/Frame: 0414/0343 | Pages: |

1

Date Recorded: Apr 30, 1982

Supporting Documents:

No Supporting Documents Available

**Assignor**

|  | Name: K-2 CORPORATION | Execution Date: |

Apr. 22, 1982

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:**

INDIANA

**Assignee**

**Name:**

DOWNERS, INC

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:**

WISCONSIN

**Address:**

2425 WEST PACKARD ST
APPLETON  WISCONSIN 54913

**Correspondent**

**Correspondent Name:**

GRAYBEAL & UHLIR

**Correspondent Address:**

2810 SEATTLE-FIRST NATIONAL BANK BLDG
1001 4TH AVE
SEATTLE, WA 98154

**Domestic Representative - Not Found**

**Assignment 4 of 8**

**Conveyance:**

AS SECURITY FOR OBLIGATIONS RECITED, ASSIGNOR HEREBY ASSIGNS THE ENTIRE INTEREST UNDER SAID MARK,
SUBJECT TO AGREEMENT RECITED

**Reel/Frame:** 0443/0302

**Pages:**

29

**Date Recorded:** May 23  1983

**Supporting Documents:**

No Supporting Documents Available

**Assignor**

**Name:** JANSPORT CORP

**Execution Date:**

Mar. 01, 1983

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:**

WISCONSIN

**Assignee**

**Name:**

FIRST BANK (N A )

**Legal Entity Type:** UNKNOWN

**State or Country Where Organized:**

No Place Where Organized Found

**Address:**

No Assignee Address Found

**Name:**

FIRST NATIONAL BANK OF MINNEAPOLIS

**Legal Entity Type:** UNKNOWN

**State or Country Where Organized:**

No Place Where Organized Found

**Address:**

No Assignee Address Found

**Name:**

FIRST BANK INTERNATIONAL, INC

**Legal Entity Type:** UNKNOWN

**State or Country Where Organized:**

No Place Where Organized Found

**Address:**

No Assignee Address Found

**Correspondent**

Correspondent Name:

MINAHAN & PETERSON

Correspondent Address:

815 EAST MASON ST
MILWAUKEE, WI 53202

**Domestic Representative - Not Found**

**Assignment 5 of 8**

Conveyance:

CHANGE OF NAME 19830121

Reel/Frame: 0440/0304

Pages:

3

Date Recorded: May 06, 1983

Supporting Documents:

No Supporting Documents Available

**Assignor**

Name: DOWNERS, INC.

Execution Date:

Apr 08, 1983

Legal Entity Type: UNKNOWN

State or Country Where
Organized:

No Place Where Organized Found

**Assignee**

Name:

JANSPORT CORP.

Legal Entity Type: UNKNOWN

State or Country Where
Organized:

No Place Where Organized Found

Address:

No Assignee Address Found

**Correspondent**

Correspondent Name:

DRESSLER, GOLDSMITH, ET AL

Correspondent Address:

1800 PRUDENTIAL PLAZA
CHICAGO, IL 60601

**Domestic Representative - Not Found**

**Assignment 6 of 8**

Conveyance:

CHANGE OF NAME 19830729

Reel/Frame: 0447/0483

Pages:

4

Date Recorded: Aug 26, 1983

Supporting Documents:

No Supporting Documents Available

**Assignor**

Name: JANSPORT CORP.

Execution Date:

Jun 18, 1983

Legal Entity Type: UNKNOWN

State or Country Where
Organized:

No Place Where Organized Found

**Assignee**

Name:

JANSPORT, INC.

Legal Entity Type: UNKNOWN

State or Country Where
Organized:

No Place Where Organized Found

Address:

No Assignee Address Found

**Correspondent**

**Correspondent Name:**

DRESSLER, GOLDSMITH ET AL

**Correspondent Address:**

1800 PRUDENTIAL PLAZA
CHICAGO, IL 60601

**Domestic Representative - Not Found**

**Assignment 7 of 8**

**Conveyance:**

ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Reel/Frame:** 0469/0623                              **Pages:**

2

**Date Recorded:** Jun. 22, 1984

**Supporting Documents:**

No Supporting Documents Available

**Assignor**

**Name:** JANSPORT, INC.                    **Execution Date:**

Jun. 12, 1984

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:**

WISCONSIN

**Assignee**

**Name:**

JANSPORT, INC.

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:**

DELAWARE

**Address:**

P O  BOX 1817
2425 WEST PACKARD ST
APPLETON, WISCONSIN 54913

**Correspondent**

**Correspondent Name:**

DRESSLER, GOLDSMITH, ET AL

**Correspondent Address:**

1800 PRUDENTIAL PLAZA
CHICAGO, IL 60601

**Domestic Representative - Not Found**

**Assignment 8 of 8**

**Conveyance:**

ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Reel/Frame:** 1073/0088                              **Pages:**

9

**Date Recorded:** Nov. 29, 1993

**Supporting Documents:**

No Supporting Documents Available

**Assignor**

**Name:** JANSPORT, INC.                    **Execution Date:**

Jul. 03, 1993

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:**

DELAWARE

**Assignee**

**Name:**

JANSPORT APPAREL CORP.

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:**

DELAWARE

**Address:**

3411 SILVERSIDE ROAD
WILMINGTON, DELAWARE 19810

**Correspondent**

**Correspondent Name:**

M. RUST SHARP, ESQ

**Correspondent Address:**

CLARK, LADNER, FORTENBAUGH & YOUNG
ONE COMMERCE SQUARE
2005 MARKET ST, 22ND FLOOR
PHILADELPHIA, PA 19103

**Domestic Representative - Not Found**

## Proceedings

**Summary**

**Number of Proceedings:**

8

### Type of Proceeding: Opposition

**Proceeding Number:** 91207023                                  **Filing Date:**

Sep 17, 2012

**Status:** Terminated                                              **Status Date:**

Sep 04, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

**Defendant**

**Name:**

Standard Sales, Inc.

**Correspondent Address:**

CHRISTOPHER CHAUDOIR
LAW OFFICES OF CHRISTOPHER CHAUDOIR
181 SYCAMORE AVE
SAN MATEO CA , 94402-1033
UNITED STATES

**Correspondent e-mail:**

chowder262@gmail.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| STANSPORT SINCE 1949 | Notice of Allowance - Issued | 85358921 | |
| STANSPORT SINCE 1949 | Notice of Allowance - Issued | 85364824 | |

**Plaintiff(s)**

**Name:**

JanSport Apparel Corp

**Correspondent Address:**

PAUL J KENNEDY
PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE, EIGHTEENTH AND ARCH STREETS
PHILADELPHIA PA , 19103-2799
UNITED STATES

**Correspondent e-mail:**

kennedyp@pepperlaw.com , catalanl@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Renewed | 75275443 | 2229974 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 17, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Sep 17, 2012 | Oct 27, 2012 |
| 3 | PENDING, INSTITUTED | Sep 17, 2012 | |
| 4 | ANSWER | Oct 25, 2012 | |
| 5 | STIPULATION FOR AN EXTENSION OF TIME | Feb 19, 2013 | |
| 6 | EXTENSION OF TIME GRANTED | Feb 19, 2013 | |
| 7 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Jun 20, 2013 | |
| 8 | SUSPENDED | Jun 20, 2013 | |
| 9 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Sep 18, 2013 | |
| 10 | SUSPENDED | Sep 18, 2013 | |
| 11 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Nov 19, 2013 | |
| 12 | SUSPENDED | Nov 19, 2013 | |
| 13 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Dec 20, 2013 | |
| 14 | SUSPENDED | Dec 20, 2013 | |
| 15 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Jan 17, 2014 | |
| 16 | SUSPENDED | Jan 17, 2014 | |
| 17 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Feb 14, 2014 | |
| 18 | SUSPENDED | Feb 14, 2014 | |
| 19 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Mar 14, 2014 | |
| 20 | SUSPENDED | Mar 14, 2014 | |
| 21 | STIP FOR EXT | Apr 11, 2014 | |
| 22 | EXTENSION OF TIME GRANTED | Apr 11, 2014 | |
| 23 | STIP FOR EXT | May 16, 2014 | |
| 24 | EXTENSION OF TIME GRANTED | May 16, 2014 | |
| 25 | STIP FOR EXT | Jun 19, 2014 | |
| 26 | EXTENSION OF TIME GRANTED | Jun 19, 2014 | |
| 27 | STIP FOR EXT | Jul 16, 2014 | |
| 28 | EXTENSION OF TIME GRANTED | Jul 16, 2014 | |
| 29 | STIP FOR EXT | Sep 12, 2014 | |
| 30 | EXTENSION OF TIME GRANTED | Sep 12, 2014 | |
| 31 | P MOT FOR EXT W/ CONSENT | Nov 14, 2014 | |
| 32 | EXTENSION OF TIME GRANTED | Dec 03, 2014 | |
| 33 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Jan 06, 2015 | |
| 34 | SUSPENDED | Jan 29, 2015 | |
| 35 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Mar 26, 2015 | |
| 36 | SUSPENDED | Apr 09, 2015 | |
| 37 | W/DRAW OF OPPOSITION | Aug 25, 2015 | |
| 38 | BD DECISION: DISMISSED W/O PREJ | Sep 04, 2015 | |
| 39 | TERMINATED | Sep 04, 2015 | |

## Type of Proceeding: Opposition

Proceeding Number: 91189856                    Filing Date:

Apr 22, 2009

Status: Terminated                    Status Date:

Jul 31, 2009

Interlocutory Attorney: ANDREW P BAXLEY

## Defendant

Name:

GlamSport, Ltd

**Correspondent Address:**

ROSEN, ALYSA
587 N VENTU PARK RD # E448
NEWBURY PARK CA  91320-2723
UNITED STATES

**Correspondent e-mail:**

allyrose.glamsport@gmail.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

GLAMSPORT                              Abandoned - After Inter-Partes Decision          77535100
                                                    **Plaintiff(s)**

                    **Name:**

JanSport Apparel Corp.

          **Correspondent Address:**

Paul J Kennedy
Pepper Hamilton LLP
3000 Two Logan SquareEighteenth and Arch Streets
Philadelphia PA , 19103-2799
UNITED STATES

          **Correspondent e-mail:**

kennedyp@pepperlaw com , mulligar@pepperlaw com  catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|--------------|--------------------|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 73099989 | 1096082 |
| JANSPORT | Renewed | 73437980 | 1284423 |
| JANSPORT | Renewed | 73437979 | 1296406 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|-------------|--------------|------|----------|
| 1 | FILED AND FEE | Apr 22, 2009 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Apr 22, 2009 | Jun 01, 2009 |
| 3 | PENDING  INSTITUTED | Apr 22, 2009 | |
| 4 | NOTICE OF DEFAULT | Jun 16  2009 | |
| 5 | BOARD'S DECISION  SUSTAINED | Jul 31, 2009 | |
| 6 | TERMINATED | Jul 31, 2009 | |
| 7 | PAPER RECEIVED AT TTAB | Dec 03, 2009 | |

**Type of Proceeding: Opposition**

          Proceeding Number:  91187082                          Filing Date:

Oct 21, 2008

                    Status:  Terminated                          Status Date:

Jan 29, 2009

          Interlocutory Attorney:  ELIZABETH A DUNN

                              **Defendant**

                    **Name:**

qingwen xu

          **Correspondent Address:**

QINGWEN XU
710 DUCOMMUN ST
LOS ANGELES CA , 90012-3420
UNITED STATES

          **Correspondent e-mail:**

Monday786@msn.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|--------------|--------------------|
| SAMSPORT | Abandoned - After Inter-Partes Decision | 77393271 | |

                                                    **Plaintiff(s)**

                    **Name:**

JanSport Apparel Corp

          **Correspondent Address:**

Paul J  Kennedy
Pepper Hamilton LLP
3000 Two Logan SquareEighteenth and Arch Streets
Philadelphia PA   19103-2799

UNITED STATES

Correspondent e-mail:

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|--------------|--------------------|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|-------------|-------------|------|----------|
| 1 | FILED AND FEE | Oct 21, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Oct 21, 2008 | Nov 30, 2008 |
| 3 | PENDING INSTITUTED | Oct 21, 2008 | |
| 4 | NOTICE OF DEFAULT | Dec 15, 2008 | |
| 5 | BOARD'S DECISION: SUSTAINED | Jan 29, 2009 | |
| 6 | TERMINATED | Jan 29, 2009 | |

**Type of Proceeding: Opposition**

Proceeding Number: 91182474                    Filing Date:

Feb 14, 2008

Status: Terminated                    Status Date:

Jun 02, 2008

Interlocutory Attorney: LINDA M SKORO

**Defendant**

Name:

Shayla C. Stevens

Correspondent Address:

Shayla C. Stevens
P O Box 5682
Atlanta GA  31107-0682
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|--------------|--------------------|
| GLAMSPORT | Abandoned - After Inter-Partes Decision | 77040109 | |

**Plaintiff(s)**

Name:

JanSport Apparel Corp

Correspondent Address:

Paul J Kennedy
Pepper Hamilton LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia PA , 19103-2799
UNITED STATES

Correspondent e-mail:

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|--------------|--------------------|
| JANSPORT | Expired | 73009358 | 1042278 |
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75275443 | 2229974 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Cancelled - Section 8 | 75888149 | 2483660 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 14, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE | Feb 15, 2008 | Mar 26, 2008 |
| 3 | PENDING, INSTITUTED | Feb 15, 2008 | |
| 4 | NOTICE OF DEFAULT | Apr 14, 2008 | |
| 5 | BOARD'S DECISION: SUSTAINED | Jun 02, 2008 | |
| 6 | TERMINATED | Jun 02, 2008 | |

## Type of Proceeding: Opposition

Proceeding Number: 91182283                    Filing Date:

Feb 06, 2008

Status: Terminated                    Status Date:

Jul 06, 2009

Interlocutory Attorney: ELIZABETH A DUNN

### Defendant

Name:

Bedare LLC

Correspondent Address:

DAVID SCHREFF
BEDARE LLC
42 STONE BROOK LANE
COS COB CT , 06807-1113
UNITED STATES

Correspondent e-mail:

bedare@aol.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| DANSPORT | Abandoned - After Inter-Partes Decision | 77145834 | |

### Plaintiff(s)

Name:

Jansport Apparel Corp.

Correspondent Address:

Paul J Kennedy
Pepper Hamilton LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia PA , 19103-2799
UNITED STATES

Correspondent e-mail:

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JANSPORT | Expired | 73009358 | 1042278 |
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75275443 | 2229974 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Cancelled - Section 8 | 75888149 | 2483660 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 06, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE | Feb 06, 2008 | Mar 17, 2008 |
| 3 | PENDING, INSTITUTED | Feb 06, 2008 | |
| 4 | ANSWER | Feb 26, 2008 | |
| 5 | STIPULATION FOR INTRODUCTION OF EVIDENCE | Dec 08, 2008 | |
| 6 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 | |
| | PLAINTIFF'S NOTICE OF RELIANCE | | |

| 7 | PLAINTIFF'S NOTICE OF RELIANCE | Jan 12, 2009 |
| 8 | PLAINTIFF'S NOTICE OF RELIANCE | Jan 12, 2009 |
| 9 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 |
| 10 | P'S CONFIDENTIAL SUPPORTING EVIDENTS/EXHIBITS | Jan 12, 2009 |
| 11 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 |
| 12 | BRIEF ON MERITS FOR PLAINTIFF | Jun 25, 2009 |
| 13 | BRIEF ON MERITS FOR PLAINTIFF | Jun 25, 2009 |
| 14 | WITHDRAWAL OF APPLICATION | Jul 01, 2009 |
| 15 | BOARD'S DECISION  SUSTAINED | Jul 06, 2009 |
| 16 | TERMINATED | Jul 06, 2009 |

## Type of Proceeding: Opposition

Proceeding Number:  91178997                      Filing Date:

Aug 16  2007

Status:  Terminated                               Status Date:

Nov 30  2007

Interlocutory Attorney:  ANN LINNEHAN VOGLER

### Defendant

Name:

Bijoux International Inc

Correspondent Address:

Myron Amer
Myron Amer, P C
114 Old Country Road, Suite 310
Mineola NY , 11501-4410
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| EASTSPORT | Abandoned - After Inter-Partes Decision | 76663093 | |

### Plaintiff(s)

Name:

Jansport Apparel Corp

Correspondent Address:

Paul J  Kennedy
Pepper Hamilton LLP
Eighteenth and Arch Streets, 3000 Two Logan Square
Philadelphia PA , 19103-2799
UNITED STATES

Correspondent e-mail.

kennedyp@pepperlaw.com ; kearneyc@pepperlaw.com ; mulligar@pepperlaw.com ; catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| EASTPAK | Renewed | 75003973 | 2017368 |
| EASTPAK | Section 8 and 15 - Accepted and Acknowledged | 78429237 | 3124488 |
| EASTPAK U S A | Abandoned - No Statement Of Use Filed | 78501852 | |
| EASTPAK | Cancelled - Section 8 | 75073029 | 2168049 |
| EASTPAK | Cancelled - Section 8 | 75135507 | 2126764 |
| EASTPAK | Renewed | 75184618 | 2226566 |
| EASTPAK | Renewed | 73656137 | 1524386 |
| JANSPORT | Renewed | 73099989 | 1096082 |
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 73437980 | 1284423 |
| JANSPORT | Renewed | 73437979 | 1296406 |
| JANSPORT | Renewed | 75275443 | 2229974 |
| JANSPORT | Renewed | 78444401 | 2997678 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Aug 16, 2007 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE | Aug 19, 2007 | Sep 28  2007 |
| 3 | PENDING, INSTITUTED | Aug 19, 2007 | |

| 4 | NOTICE OF DEFAULT | Oct 16, 2007 |
| 5 | BOARD'S DECISION  SUSTAINED | Nov 30, 2007 |
| 6 | TERMINATED | Nov 30, 2007 |

### Type of Proceeding: Opposition

Proceeding Number: 91067752      Filing Date:

May 16, 1984

Status:  Terminated      Status Date:

Jun 19, 1985

Interlocutory Attorney:  THOMAS J QUINN

#### Defendant

Name:

JAYMAR-RUBY, INC

Correspondent Address:

LUCILLE ASHFORD
HART SCHAFFNER & MARX
101 NORTH WACKER DRIVE
CHICAGO IL  60606
UNITED STATES

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| JAYSPORT | Abandoned - After Inter-Partes Decision | 73340738 | |

#### Plaintiff(s)

Name:

JANSPORT, INC

Correspondent Address:

DRESSLER, GOLDSMITH, SHORE, SUTKER
& MILNAMOW, LTD
ATT  R  HOWARD GOLDSMITH 1800 PRUDENTIAL PLAZA
CHICAGO IL , 60601
UNITED STATES

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 73099989 | 1096082 |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|-------------|-------------|------|----------|
| 1 | FILED AND FEE | May 16, 1984 | |
| 2 | PENDING, INSTITUTED | Dec 02, 1983 | |
| 3 | SUSPENDED UNTIL 9-27-84 | Mar 27, 1984 | |
| 4 | ANSWER | Jul 02, 1984 | |
| 5 | 2(D) CONFUSION/MISTAKE/DECEPTION W MARK | Sep 07, 1984 | |
| 6 | TRIAL DATES SET | Oct 12, 1984 | |
| 7 | CONSOLIDATED WITH 67,751 | Oct 16, 1984 | |
| 8 | WITHDRAWAL OF APPLICATION | Apr 01, 1985 | |
| 9 | WITHDRAWAL OF OPPOSITION | Apr 01, 1985 | |
| 10 | BOARD'S DECISION  DISMISSED | May 14, 1985 | |
| 11 | TERMINATED | Jun 19, 1985 | |

### Type of Proceeding: Opposition

Proceeding Number: 91067751      Filing Date:

May 16, 1983

Status:  Terminated      Status Date:

Jun 05, 1985

Interlocutory Attorney:  THOMAS J QUINN

#### Defendant

Name:

JAYMAR-RUBY, INC

Correspondent Address:

LUCILLE ASHFORD AND HART SCHAFFER
& MARX

101 NORTH WACKER DRIVE
CHICAGO IL , 60606
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| JAYSPORT | Abandoned - After Inter-Partes Decision | 73340737 | |

**Plaintiff(s)**

Name:

JANSPORT CORP.

Correspondent Address:

DRESSLER, GOLDSMITH, SHORE, SUTKER
& MILNAMOW, LTD
ATT. R. HOWARD GOLDSMITH 1800 PRUDENTIAL PLAZA
CHICAGO IL , 60601
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| JANSPORT | Renewed | 73099988 | 1089701 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | May 16, 1983 | |
| 2 | PENDING, INSTITUTED | Dec 02, 1983 | |
| 3 | SUSPENDED | May 09, 1984 | |
| 4 | ANSWER | Jul 02, 1984 | |
| 5 | 2(D) CONFUSION/MISTAKE/DECEPTION W MARK | Sep 07, 1984 | |
| 6 | CONSOLIDATED WITH 67,752; ANS. NOTED; COPIES FORWARDED | Oct 16, 1984 | |
| 7 | TRIAL DATES SET | Oct 16, 1984 | |
| 8 | P'S MOT FOR EXTEN. OF TIME W/ CONSENT | Jan 11, 1985 | |
| 9 | TRIAL DATES RESET | Jan 24, 1985 | |
| 10 | P'S MOTION TO COMPEL DISCOVERY | Feb 15, 1985 | |
| 11 | WITHDRAWAL OF APPLICATION | Apr 01, 1985 | |
| 12 | WITHDRAWAL OF OPPOSITION | Apr 01, 1985 | |
| 13 | BOARD'S DECISION: DISMISSED | May 14, 1985 | |
| 14 | TERMINATED | Jun 05, 1985 | |

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,096,082

Registered July 11, 1978

## TRADEMARK
### Principal Register

# JANSPORT

K–2 Corporation (Indiana corporation)
Vashon, Wash.  98070

For: CLOTHING—NAMELY, PARKAS, JACKETS, VESTS AND RAIN SLICKERS—in CLASS 25 (U.S. CL. 39).

First use in or about February 1976; in commerce in or about February 1976.

Owner of Reg. Nos. 945,747 and 1,042,278.

Ser. No. 99,989, filed Sept. 16, 1976.

B. A. CHAPMAN, Examiner

Generated on:
This page was generated by TSDR on 2015-11-24 11:26:58 EST
Mark: JANSPORT

US Serial Number: 73099989                          Application Filing Date:
Sep 16 1976
US Registration Number: 1096082                     Registration Date:
Jul 11, 1978
Register:
Principal
Mark Type:
Trademark
Status:
The registration has been renewed
Status Date:
Aug 02 2008

## Mark Information

Mark Literal Elements:
JANSPORT
Standard Character Claim:
No
Mark Drawing Type:
1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Related Properties Information

Claimed Ownership of US
Registrations:
0945747, 1042278

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability;
- Asterisks *..* identify additional (new) wording in the goods/services.

For:
CLOTHING-NAMELY, [ PARKAS ] JACKETS [ , VESTS AND RAIN SLICKERS ]
International Class(es): 025 - Primary Class          U.S Class(es):
022, 039
Class Status:
ACTIVE
Basis:
1(a)
First Use: Feb. 1976                                 Use in Commerce:
Feb. 1976

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: Yes | Currently Use: Yes | Amended Use: No |
| Filed ITU: No | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

**Owner Name:**

JANSPORT APPAREL CORP

**Owner Address:**

3411 SILVERSIDE ROAD
WILMINGTON  DELAWARE 19810
UNITED STATES

Legal Entity Type: CORPORATION    State or Country Where
Organized:

DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

Attorney Name: Kia H  Wimmer    Docket Number:

JAC-3816-US

Attorney Primary Email   kia_h_wimmer@vfc.com    Attorney Email
Address:    Authorized:

Yes

### Correspondent

Correspondent
Name/Address:

Kia H  Wimmer
JanSport Apparel Corp
3411 Silverside Road
200 Hanby Building
Wilmington, DELAWARE 19810
UNITED STATES

Phone: 302-477-3930    Fax:

302-477-3932

Correspondent e-mail: kia_h_wimmer@vfc.com pellegj@vfc.com    Correspondent e-mail
Authorized:

Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan  15, 2015 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jan  15, 2015 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Aug  02, 2008 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 67723 |
| Aug  02, 2008 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC  9 GRANTED | |
| Jul  22, 2008 | ASSIGNED TO PARALEGAL | 67723 |
| Jul  10, 2008 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun  30, 2008 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jun  30, 2008 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Dec  26, 2007 | CASE FILE IN TICRS | |
| Sep  24, 1998 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Jul  09, 1998 | REGISTERED - SEC. 9 FILED/CHECK RECORD FOR SEC  8 | |
| Oct  03, 1983 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC  15 ACK | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued
Use:**

Section 8 - Accepted

**Affidavit of Incontestability:**

Section 15 - Accepted

**Renewal Date:**

Jul 11 2008

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: POST REGISTRATION                     Date in Location:

Aug 02 2008

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 8                                  Registrant:

K-2 CORPORATION

## Assignment 1 of 8

**Conveyance:**

ASSIGNOR HEREBY RESERVES TO HIMSELF A PERSONAL NON-EXCLUSIVE, NONASSIGNABLE LICENSE UNDER SAID MARK, SUBJECT TO CONDITIONS RECITED (SEE RECORD FOR DETAILS)

**Reel/Frame:** 0298/0646                                **Pages:**

4

**Date Recorded:** Nov 19 1976

**Supporting Documents:**

No Supporting Documents Available

**Assignor**

**Name:** K-2 CORPORATION                                **Execution Date:**

Nov 18, 1976

**Legal Entity Type:** CORPORATION                       **State or Country Where Organized:**

INDIANA

**Assignee**

**Name:**

K-2 CORPORATION

**Legal Entity Type:** CORPORATION                       **State or Country Where Organized:**

INDIANA

**Address:**

No Assignee Address Found

**Correspondent**

**Correspondent Name:**

HOUGHER, GARVEY & SCHUBERT

**Correspondent Address:**

8TH FLOOR
1019 19TH STREET, N W
WASHINGTON, DC 20036

**Domestic Representative - Not Found**

## Assignment 2 of 8

**Conveyance:**

AS SECURITY FOR OBLIGATIONS RECITED ASSIGNOR HEREBY PLEDGES ASSIGNS GRANTS AND GIVES TO ASSIGNEE A CONTINUING SECURITY INTEREST AND LIEN, UNDER SAID MARK SUBJECT TO AGREEMENT RECITED (SEE RECORD FOR DETAILS)

**Reel/Frame:** 0419/0545                                **Pages:**

8

**Date Recorded:** Jul 12 1982

**Supporting Documents:**

No Supporting Documents Available

**Assignor**

**Name:** DOWNERS, INC                                              **Execution Date:**

Apr 21, 1982

**Legal Entity Type:** CORPORATION                          **State or Country Where**
                                                                                  **Organized:**

WISCONSIN

**Assignee**

**Name:**

ITTI COMMERCIAL FINANCE DIVISION OF ITT DIVERSIFIED CREDIT CORP

**Legal Entity Type:** CORPORATION                          **State or Country Where**
                                                                                  **Organized:**

DELAWARE

**Address:**

STE 1920
100 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

**Correspondent**

**Correspondent Name:**

ITT COMMERCIAL FINANCE A DIV OF

**Correspondent Address:**

ITT DIVERSIFIED CREDIT CORP
HARTFORD PLAZA
100 S WACKER DR.
CHICAGO, IL 60606

**Domestic Representative - Not Found**

**Assignment 3 of 8**

**Conveyance:**

ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Reel/Frame:** 0414/0343                                           **Pages:**

1

**Date Recorded:** Apr 30, 1982

**Supporting Documents:**

No Supporting Documents Available

**Assignor**

**Name:** K-2 CORPORATION                                      **Execution Date:**

Apr 22, 1982

**Legal Entity Type:** CORPORATION                          **State or Country Where**
                                                                                  **Organized:**

INDIANA

**Assignee**

**Name:**

DOWNERS, INC

**Legal Entity Type:** CORPORATION                          **State or Country Where**
                                                                                  **Organized:**

WISCONSIN

**Address:**

2425 WEST PACKARD ST
APPLETON, WISCONSIN 54913

**Correspondent**

**Correspondent Name:**

GRAYBEAL & UHLIR

**Correspondent Address:**

2810 SEATTLE-FIRST NATIONAL BANK BLDG
1001 4TH AVE
SEATTLE, WA 98154

**Domestic Representative - Not Found**

**Assignment 4 of 8**

**Conveyance:**

AS SECURITY FOR OBLIGATIONS RECITED, ASSIGNOR HEREBY ASSIGNS THE ENTIRE INTEREST UNDER SAID MARK,

SUBJECT TO AGREEMENT RECITED

Reel/Frame: 0443/0302                                    Pages:

29

Date Recorded: May 23, 1983

**Supporting Documents:**

No Supporting Documents Available

**Assignor**

Name: JANSPORT CORP                    Execution Date:

Mar. 01, 1983

Legal Entity Type: CORPORATION          State or Country Where
                                        Organized:

WISCONSIN

**Assignee**

Name:

FIRST BANK (N.A.)

Legal Entity Type: UNKNOWN              State or Country Where
                                        Organized:

No Place Where Organized Found

Address:

No Assignee Address Found

Name:

FIRST NATIONAL BANK OF MINNEAPOLIS

Legal Entity Type: UNKNOWN              State or Country Where
                                        Organized:

No Place Where Organized Found

Address:

No Assignee Address Found

Name:

FIRST BANK INTERNATIONAL INC.

Legal Entity Type: UNKNOWN              State or Country Where
                                        Organized:

No Place Where Organized Found

Address:

No Assignee Address Found

**Correspondent**

Correspondent Name:

MINAHAN & PETERSON

Correspondent Address:

815 EAST MASON ST
MILWAUKEE, WI 53202

**Domestic Representative - Not Found**

**Assignment 5 of 8**

Conveyance:

CHANGE OF NAME 19830121

Reel/Frame: 0440/0304                                    Pages:

3

Date Recorded: May 06, 1983

**Supporting Documents:**

No Supporting Documents Available

**Assignor**

Name: DOWNERS, INC                     Execution Date:

Apr. 08, 1983

Legal Entity Type: UNKNOWN              State or Country Where
                                        Organized:

No Place Where Organized Found

**Assignee**

Name:

JANSPORT CORP.

Legal Entity Type:  UNKNOWN          State or Country Where
                                                        Organized:

No Place Where Organized Found

Address:

No Assignee Address Found

**Correspondent**

Correspondent Name:

DRESSLER, GOLDSMITH, ET AL

Correspondent Address:

1800 PRUDENTIAL PLAZA
CHICAGO, IL 60601

**Domestic Representative - Not Found**

**Assignment 6 of 8**

Conveyance:

CHANGE OF NAME 19830729

Reel/Frame:  0447/0483          Pages:

4

Date Recorded:  Aug 26, 1983

Supporting Documents:

No Supporting Documents Available

**Assignor**

Name:  JANSPORT CORP.          Execution Date:

Jun. 18, 1983

Legal Entity Type:  UNKNOWN          State or Country Where
                                                        Organized:

No Place Where Organized Found

**Assignee**

Name:

JANSPORT, INC.

Legal Entity Type:  UNKNOWN          State or Country Where
                                                        Organized:

No Place Where Organized Found

Address:

No Assignee Address Found

**Correspondent**

Correspondent Name:

DRESSLER, GOLDSMITH ET AL

Correspondent Address:

1800 PRUDENTIAL PLAZA
CHICAGO, IL 60601

**Domestic Representative - Not Found**

**Assignment 7 of 8**

Conveyance:

ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

Reel/Frame:  0469/0623          Pages:

2

Date Recorded:  Jun 22, 1984

Supporting Documents:

No Supporting Documents Available

**Assignor**

Name:  JANSPORT, INC.          Execution Date:

Jun. 12, 1984

Legal Entity Type:  CORPORATION          State or Country Where
                                                             Organized:

WISCONSIN

**Assignee**

Name:

JANSPORT, INC.

Legal Entity Type: CORPORATION

State or Country Where
Organized:

DELAWARE

Address:

P O BOX 1817
2425 WEST PACKARD ST
APPLETON WISCONSIN 54913

**Correspondent**

Correspondent Name:

DRESSLER, GOLDSMITH ET AL

Correspondent Address:

1800 PRUDENTIAL PLAZA
CHICAGO IL 60601

Domestic Representative - Not Found

**Assignment 8 of 8**

Conveyance:

ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

Reel/Frame: 1073/0088

Pages:

9

Date Recorded: Nov. 29, 1993

Supporting Documents:

No Supporting Documents Available

**Assignor**

Name: JANSPORT, INC

Execution Date:

Jul 03, 1993

Legal Entity Type: CORPORATION

State or Country Where
Organized:

DELAWARE

**Assignee**

Name:

JANSPORT APPAREL CORP

Legal Entity Type: CORPORATION

State or Country Where
Organized:

DELAWARE

Address:

3411 SILVERSIDE ROAD
WILMINGTON, DELAWARE 19810

**Correspondent**

Correspondent Name:

M RUST SHARP, ESQ

Correspondent Address:

CLARK, LADNER, FORTENBAUGH & YOUNG
ONE COMMERCE SQUARE
2005 MARKET ST , 22ND FLOOR
PHILADELPHIA, PA 19103

Domestic Representative - Not Found

# Proceedings

**Summary**

Number of Proceedings:

3

Type of Proceeding: Opposition

Proceeding Number: 91189856

Filing Date:

Apr 22, 2009

Status: Terminated

Status Date:

Jul 31, 2009

Interlocutory Attorney:  ANDREW P BAXLEY

## Defendant

**Name:**

GlamSport, Ltd.

**Correspondent Address:**

ROSEN, ALYSA
587 N VENTU PARK RD # E448
NEWBURY PARK CA , 91320-2723
UNITED STATES

**Correspondent e-mail:**

allyrose.glamsport@gmail.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLAMSPORT | Abandoned - After Inter-Partes Decision | 77535100 | |

## Plaintiff(s)

**Name:**

JanSport Apparel Corp.

**Correspondent Address:**

Paul J. Kennedy
Pepper Hamilton LLP
3000 Two Logan SquareEighteenth and Arch Streets
Philadelphia PA , 19103-2799
UNITED STATES

**Correspondent e-mail:**

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 73099989 | 1096082 |
| JANSPORT | Renewed | 73437980 | 1284423 |
| JANSPORT | Renewed | 73437979 | 1296406 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Apr 22, 2009 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Apr 22, 2009 | Jun 01, 2009 |
| 3 | PENDING, INSTITUTED | Apr 22, 2009 | |
| 4 | NOTICE OF DEFAULT | Jun 16, 2009 | |
| 5 | BOARD'S DECISION: SUSTAINED | Jul 31, 2009 | |
| 6 | TERMINATED | Jul 31, 2009 | |
| 7 | PAPER RECEIVED AT TTAB | Dec 03, 2009 | |

## Type of Proceeding: Opposition

**Proceeding Number:** 91178997            **Filing Date:**

Aug 16, 2007

**Status:** Terminated            **Status Date:**

Nov 30, 2007

Interlocutory Attorney: ANN LINNEHAN VOGLER

## Defendant

**Name:**

Bijoux International Inc.

**Correspondent Address:**

Myron Amer
Myron Amer, P.C.
114 Old Country Road, Suite 310

Mineola NY , 11501-4410
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| EASTSPORT | Abandoned - After Inter-Partes Decision | 76663093 | |

**Plaintiff(s)**

Name:

Jansport Apparel Corp

Correspondent Address:

Paul J Kennedy
Pepper Hamilton LLP
Eighteenth and Arch Streets, 3000 Two Logan Square
Philadelphia PA , 19103-2799
UNITED STATES

Correspondent e-mail:

kennedyp@pepperlaw.com , kearneyc@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| EASTPAK | Renewed | 75003973 | 2017368 |
| EASTPAK | Section 8 and 15 - Accepted and Acknowledged | 78429237 | 3124488 |
| EASTPAK U S A | Abandoned - No Statement Of Use Filed | 78501852 | |
| EASTPAK | Cancelled - Section 8 | 75073029 | 2168049 |
| EASTPAK | Cancelled - Section 8 | 75135507 | 2126764 |
| EASTPAK | Renewed | 75184618 | 2226566 |
| EASTPAK | Renewed | 73656137 | 1524386 |
| JANSPORT | Renewed | 73099989 | 1096082 |
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 73437980 | 1284423 |
| JANSPORT | Renewed | 73437979 | 1296406 |
| JANSPORT | Renewed | 75275443 | 2229974 |
| JANSPORT | Renewed | 78444401 | 2997678 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Aug 16, 2007 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE | Aug 19, 2007 | Sep 28, 2007 |
| 3 | PENDING INSTITUTED | Aug 19, 2007 | |
| 4 | NOTICE OF DEFAULT | Oct 16, 2007 | |
| 5 | BOARD'S DECISION SUSTAINED | Nov 30, 2007 | |
| 6 | TERMINATED | Nov 30, 2007 | |

**Type of Proceeding: Opposition**

Proceeding Number: 91067752                    Filing Date:

May 16 , 1984

Status: Terminated                    Status Date:

Jun 19 , 1985

Interlocutory Attorney: THOMAS J QUINN

**Defendant**

Name:

JAYMAR-RUBY, INC

Correspondent Address:

LUCILLE ASHFORD
HART SCHAFFNER & MARX
101 NORTH WACKER DRIVE
CHICAGO IL  60606
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| JAYSPORT | Abandoned - After Inter-Partes Decision | 73340738 | |

**Plaintiff(s)**

Name:

JANSPORT, INC.

Correspondent Address:

DRESSLER, GOLDSMITH, SHORE, SUTKER
& MILNAMOW, LTD.
ATT: R. HOWARD GOLDSMITH 1800 PRUDENTIAL PLAZA
CHICAGO IL , 60601
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 73099989 | 1096082 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | May 16, 1984 | |
| 2 | PENDING, INSTITUTED | Dec 02, 1983 | |
| 3 | SUSPENDED UNTIL 9-27-84 | Mar 27, 1984 | |
| 4 | ANSWER | Jul 02, 1984 | |
| 5 | 2(D) CONFUSION/MISTAKE/DECEPTION W MARK | Sep 07, 1984 | |
| 6 | TRIAL DATES SET | Oct 12, 1984 | |
| 7 | CONSOLIDATED WITH 67,751 | Oct 16, 1984 | |
| 8 | WITHDRAWAL OF APPLICATION | Apr 01, 1985 | |
| 9 | WITHDRAWAL OF OPPOSITION | Apr 01, 1985 | |
| 10 | BOARD'S DECISION: DISMISSED | May 14, 1985 | |
| 11 | TERMINATED | Jun 19, 1985 | |

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,284,423
Registered Jul. 3, 1984

## TRADEMARK
### Principal Register

# JANSPORT

JanSport, Inc. (Wisconsin corporation)
2425 W. Packard St.
Appleton, Wis. 54913

For: SHIRTS; T-SHIRTS; JERSEYS; TANK TOPS; HOODED SHIRTS; PANTS; SLACKS; SHORT PANTS; SPORTS JACKETS; GYMNAS-TIC SHORTS, PANTS AND SHIRTS; WARM-UP SUITS, PANTS AND JACKETS; SWEAT SHIRTS AND PANTS; CAPS; PARKAS, VESTS, AND RAIN SLICKERS FOR MEN, WOMEN AND CHILDREN, in CLASS 25 (U.S. Cl. 39).

First use Feb. 1, 1976; in commerce Feb. 1, 1976.
Owner of U.S. Reg. Nos. 1,089,701 and 1,096,082.

Ser. No. 437,980, filed Aug. 5, 1983.

JAMES WALSH, Examining Attorney

**Generated on:**

This page was generated by TSDR on 2015-11-24 11 29 42 EST

**Mark:** JANSPORT

| | |
|---|---|
| **US Serial Number:** 73437980 | **Application Filing Date:** |
| Aug 05, 1983 | |
| **US Registration Number:** 1284423 | **Registration Date:** |
| Jul 03 1984 | |
| **Register:** | |
| Principal | |
| **Mark Type:** | |
| Trademark | |
| **Status:** | |
| The registration has been renewed | |
| **Status Date:** | |
| Jul 02, 2014 | |
| **Publication Date:** Apr 10, 1984 | |

# Mark Information

**Mark Literal Elements:**

JANSPORT

**Standard Character Claim:**

No

**Mark Drawing Type:**

1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Related Properties Information

**Claimed Ownership of US Registrations:**

1089701, 1096082

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services.

- Brackets [ ] indicate deleted goods/services
- Double parenthesis (( )) identify any goods/services not claimed in a Section 15 affidavit of incontestability, and
- Asterisks * * identify additional (new) wording in the goods/services.

**For:**

Shirts, T-Shirts, Jerseys, Tank Tops, Hooded Shirts, Pants, [Slacks, Short Pants,] Sports Jackets, [Gymnastic Shorts, Pants and Shirts, Warm-Up Suits, Pants and Jackets ] Sweat Shirts and Pants [ Caps, Parkas, Vests, and Rain Slickers] for Men, Women and Children

**International Class(es):** 025 - Primary Class   **U.S Class(es):**

022, 039

**Class Status:**

ACTIVE

**Basis:**

1(a)

**First Use:** Feb 01, 1976   **Use in Commerce:**

Feb 01, 1976

# Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: Yes | Currently Use: Yes | Amended Use: No |
| Filed ITU: No | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

# Current Owner(s) Information

**Owner Name:**

JanSport Apparel Corp

**Owner Address:**

3411 Silverside Road
Wilmington, DELAWARE 19810
UNITED STATES

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:**

DELAWARE

# Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:**

Kia H  Wimmer
JanSport Apparel Corp
3411 Silverside Road
200 Hanby Building
WILMINGTON  DELAWARE 19810
UNITED STATES

**Phone:** 302-477-3930                                                                        **Fax:**

302-477-3932

**Correspondent e-mail:** kia_h_wimmer@vfc.com pellegj@vfc.com          **Correspondent e-mail Authorized.**

Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul  02, 2014 | NOTICE OF ACCEPTANCE OF SEC  8 & 9 - E-MAILED | |
| Jul  02, 2014 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 68335 |
| Jul  02, 2014 | REGISTERED - SEC  8 (10-YR) ACCEPTED/SEC  9 GRANTED | 68335 |
| Jun  30, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun  30, 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar  31, 2011 | CASE FILE IN TICRS | |
| Sep  09, 2004 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Sep  09, 2004 | REGISTERED - SEC  8 (10-YR) ACCEPTED/SEC  9 GRANTED | |
| Jun  22, 2004 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC  9 FILED | |
| Jun  22, 2004 | TEAS SECTION 8 & 9 RECEIVED | |
| May 18, 1990 | REGISTERED - SEC  8 (6-YR) ACCEPTED & SEC  15 ACK | |
| Mar  09, 1990 | REGISTERED - SEC  8 (6-YR) & SEC  15 FILED | |
| Jul  03  1984 | REGISTERED PRINCIPAL REGISTER | |
| Apr. 10, 1984 | PUBLISHED FOR OPPOSITION | |
| Feb  22  1984 | NOTICE OF PUBLICATION | |
| Jan  20, 1984 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan  19  1984 | ASSIGNED TO EXAMINER | |

# Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:**

Section 8 - Accepted

**Affidavit of Incontestability:**

Section 15 - Accepted

**Renewal Date:**

Jul  03  2014

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE        **Date in Location:**

Jul  02, 2014

# Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 2        **Registrant:**

JanSport, Inc

## Assignment 1 of 2

**Conveyance:**

ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Reel/Frame:** 0469/0623        **Pages:**

2

**Date Recorded:** Jun  22  1984

**Supporting Documents:**

No Supporting Documents Available

**Assignor**

**Name:** JANSPORT, INC        **Execution Date:**

Jun  12  1984

**Legal Entity Type:** CORPORATION        **State or Country Where Organized:**

WISCONSIN

**Assignee**

**Name:**

JANSPORT, INC.

**Legal Entity Type:** CORPORATION        **State or Country Where Organized:**

DELAWARE

**Address:**

P O  BOX 1817
2425 WEST PACKARD ST
APPLETON  WISCONSIN 54913

**Correspondent**

**Correspondent Name:**

DRESSLER  GOLDSMITH  ET AL.

**Correspondent Address:**

1800 PRUDENTIAL PLAZA
CHICAGO  IL 60601

**Domestic Representative - Not Found**

## Assignment 2 of 2

**Conveyance:**

ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Reel/Frame:** 1073/0088        **Pages:**

9

**Date Recorded:** Nov  29  1993

**Supporting Documents:**

No Supporting Documents Available

### Assignor

**Name:** JANSPORT, INC                                    **Execution Date:**

Jul 03, 1993

**Legal Entity Type:** CORPORATION          **State or Country Where**
                                                            **Organized:**

DELAWARE

### Assignee

**Name:**

JANSPORT APPAREL CORP

**Legal Entity Type:** CORPORATION          **State or Country Where**
                                                            **Organized:**

DELAWARE

**Address:**

3411 SILVERSIDE ROAD
WILMINGTON, DELAWARE 19810

### Correspondent

**Correspondent Name:**

M. RUST SHARP, ESQ

**Correspondent Address:**

CLARK, LADNER, FORTENBAUGH & YOUNG
ONE COMMERCE SQUARE
2005 MARKET ST., 22ND FLOOR
PHILADELPHIA, PA 19103

**Domestic Representative - Not Found**

# Proceedings

### Summary

**Number of Proceedings:**

2

### Type of Proceeding: Opposition

**Proceeding Number:** 91189856                        **Filing Date:**

Apr 22, 2009

**Status:** Terminated                                   **Status Date:**

Jul 31, 2009

**Interlocutory Attorney:** ANDREW P BAXLEY

### Defendant

**Name:**

GlamSport  Ltd

**Correspondent Address:**

ROSEN  ALYSA
587 N VENTU PARK RD # E448
NEWBURY PARK CA  91320-2723
UNITED STATES

**Correspondent e-mail:**

allyrose.glamsport@gmail.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| GLAMSPORT | Abandoned - After Inter-Partes Decision | 77535100 | |

### Plaintiff(s)

**Name:**

JanSport Apparel Corp

**Correspondent Address:**

Paul J  Kennedy
Pepper Hamilton LLP
3000 Two Logan SquareEighteenth and Arch Streets
Philadelphia PA , 19103-2799
UNITED STATES

**Correspondent e-mail:**

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 73099989 | 1096082 |
| JANSPORT | Renewed | 73437980 | 1284423 |
| JANSPORT | Renewed | 73437979 | 1296406 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Apr 22, 2009 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE | Apr 22, 2009 | Jun 01, 2009 |
| 3 | PENDING INSTITUTED | Apr 22, 2009 | |
| 4 | NOTICE OF DEFAULT | Jun 16, 2009 | |
| 5 | BOARD'S DECISION SUSTAINED | Jul 31, 2009 | |
| 6 | TERMINATED | Jul 31, 2009 | |
| 7 | PAPER RECEIVED AT TTAB | Dec 03, 2009 | |

**Type of Proceeding: Opposition**

Proceeding Number: 91178997     Filing Date:

Aug 16 2007

Status: Terminated     Status Date:

Nov 30 2007

Interlocutory Attorney: ANN LINNEHAN VOGLER

**Defendant**

Name:

Bijoux International Inc

Correspondent Address:

Myron Amer
Myron Amer, P C
114 Old Country Road, Suite 310
Mineola NY  11501-4410
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EASTSPORT | Abandoned - After Inter-Partes Decision | 76663093 | |

**Plaintiff(s)**

Name:

Jansport Apparel Corp

Correspondent Address:

Paul J Kennedy
Pepper Hamilton LLP
Eighteenth and Arch Streets  3000 Two Logan Square
Philadelphia PA  19103-2799
UNITED STATES

Correspondent e-mail:

kennedyp@pepperlaw.com , kearneyc@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EASTPAK | Renewed | 75003973 | 2017368 |
| EASTPAK | Section 8 and 15 - Accepted and Acknowledged | 78429237 | 3124488 |
| EASTPAK U.S.A. | Abandoned - No Statement Of Use Filed | 78501852 | |
| EASTPAK | Cancelled - Section 8 | 75073029 | 2168049 |
| EASTPAK | Cancelled - Section 8 | 75135507 | 2126764 |
| EASTPAK | Renewed | 75184618 | 2226566 |

| EASTPAK | Renewed | 73656137 | 1524386 |
| JANSPORT | Renewed | 73099989 | 1096082 |
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 73437980 | 1284423 |
| JANSPORT | Renewed | 73437979 | 1296406 |
| JANSPORT | Renewed | 75275443 | 2229974 |
| JANSPORT | Renewed | 78444401 | 2997678 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Aug 16, 2007 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE | Aug 19, 2007 | Sep 28, 2007 |
| 3 | PENDING, INSTITUTED | Aug 19, 2007 | |
| 4 | NOTICE OF DEFAULT | Oct 16, 2007 | |
| 5 | BOARD'S DECISION: SUSTAINED | Nov 30, 2007 | |
| 6 | TERMINATED | Nov 30, 2007 | |

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,296,406
Registered Sep. 18, 1984

## TRADEMARK
### Principal Register



JanSport, Inc. (Wisconsin corporation)
2425 W. Packard St.
Appleton, Wis. 54913

For: SHIRTS; T-SHIRTS; JERSEYS; TANK TOPS; HOODED SHIRTS; PANTS; SLACKS; SHORT PANTS; SPORTS JACKETS; GYMNASTIC SHORTS, PANTS AND SHIRTS; WARM-UP SUITS, PANTS AND JACKETS; SWEAT SHIRTS AND PANTS; CAPS; PARKAS, VESTS, AND RAIN SLICKERS - FOR MEN, WOMEN AND CHILDREN, in CLASS 25 (U.S. Cl. 39).

First use Feb. 1, 1976; in commerce Feb. 1, 1976.
Owner of U.S. Reg. Nos. 1,089,701 and 1,096,082.

Ser. No. 437,979, filed Aug. 5, 1983.

JUDITH BECKER, Examining Attorney

**Generated on:**
This page was generated by TSDR on 2015-11-24 11 38 01 EST
**Mark:** JANSPORT



**US Serial Number:** 73437979                   **Application Filing Date:**
Aug 05 1983
**US Registration Number:** 1296406              **Registration Date:**
Sep 18 1984
**Register:**
Principal
**Mark Type:**
Trademark
**Status:**
The registration has been renewed
**Status Date:**
Sep 10, 2014
**Publication Date:** Jul 10, 1984

# Mark Information

**Mark Literal Elements:**
JANSPORT
**Standard Character Claim:**
No
**Mark Drawing Type:**
5 - AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) INSTYLIZED FORM

# Related Properties Information

**Claimed Ownership of US Registrations:**
1089701, 1096082

# Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [ ] indicate deleted goods/services;
- Double parenthesis (( )) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *...* identify additional (new) wording in the goods/services

**For:**
Shirts, T-Shirts, [ Jerseys ] Tank Tops; Hooded Shirts, Pants, [ Slacks, Short Pants; ] Sports Jackets, [ Gymnastic Shorts, Pants and Shirts, ] Warm-Up Suits, Pants and Jackets; Sweat Shirts and Pants, [ Caps, Parkas, Vests, and Rain Slickers ] - for Men, Women and Children
**International Class(es):** 025 - Primary Class          **U.S Class(es):**
022, 039
**Class Status:**
ACTIVE
**Basis:**
1(a)
**First Use:** Feb 01, 1976                        **Use in Commerce:**
Feb 01, 1976

# Basis Information (Case Level)

**Filed Use:** Yes              **Currently Use:** Yes              **Amended Use:** No

| Filed ITU: No | Currently ITU: No | Amended ITU: No |
|---|---|---|
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

**Owner Name:**

JANSPORT APPAREL CORP

**Owner Address:**

3411 SILVERSIDE ROAD
WILMINGTON, DELAWARE 19810
UNITED STATES

**Legal Entity Type:** CORPORATION    **State or Country Where Organized:**

DELAWARE

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:**

Kia H Wimmer
JanSport Apparel Corp
3411 SILVERSIDE ROAD
200 Hanby Building
WILMINGTON, DELAWARE 19810
UNITED STATES

**Phone:** 302-477-3930    **Fax:**

302-477-3932

**Correspondent e-mail:** kia_h_wimmer@vfc.com pellegj@vfc.com    **Correspondent e-mail Authorized:**

Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 10. 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Sep. 10. 2014 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 69471 |
| Sep. 10. 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 69471 |
| Sep. 09. 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Sep. 09. 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 09. 2014 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 30. 2011 | CASE FILE IN TICRS | |
| Mar. 15. 2011 | CASE FILE IN TICRS | |
| Nov. 12. 2004 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Nov. 12. 2004 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Sep. 15. 2004 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Sep. 15. 2004 | TEAS SECTION 8 & 9 RECEIVED | |
| Jun. 30. 1990 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| May 15. 1990 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Sep. 18. 1984 | REGISTERED PRINCIPAL REGISTER | |
| Jul. 10. 1984 | PUBLISHED FOR OPPOSITION | |
| May 16. 1984 | NOTICE OF PUBLICATION | |
| Mar. 14. 1984 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 12. 1984 | ASSIGNED TO EXAMINER | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:**

Section 8 - Accepted

Affidavit of
Incontestability:

Section 15 - Accepted

Renewal Date:

Sep. 18, 2014

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: GENERIC WEB UPDATE

Date in Location:

Sep. 10, 2014

# Assignment Abstract Of Title Information

**Summary**

Total Assignments: 2

Registrant:

JanSport Inc

## Assignment 1 of 2

Conveyance:

ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

Reel/Frame: 0469/0623

Pages:

2

Date Recorded: Jun. 22, 1984

Supporting Documents:

No Supporting Documents Available

**Assignor**

Name: JANSPORT, INC.

Execution Date:

Jun. 12, 1984

Legal Entity Type: CORPORATION

State or Country Where
Organized:

WISCONSIN

**Assignee**

Name:

JANSPORT, INC.

Legal Entity Type: CORPORATION

State or Country Where
Organized:

DELAWARE

Address:

P O  BOX 1817
2425 WEST PACKARD ST
APPLETON, WISCONSIN 54913

**Correspondent**

Correspondent Name:

DRESSLER, GOLDSMITH, ET AL

Correspondent Address:

1800 PRUDENTIAL PLAZA
CHICAGO  IL 60601

**Domestic Representative - Not Found**

## Assignment 2 of 2

Conveyance:

ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

Reel/Frame: 1073/0088

Pages:

9

Date Recorded: Nov. 29, 1993

Supporting Documents:

No Supporting Documents Available

**Assignor**

| Name: | JANSPORT, INC | Execution Date: | |
|---|---|---|---|

Jul 03, 1993

| Legal Entity Type: | CORPORATION | State or Country Where Organized: |
|---|---|---|

DELAWARE

**Assignee**

| Name: | JANSPORT APPAREL CORP |
|---|---|

| Legal Entity Type: | CORPORATION | State or Country Where Organized: |
|---|---|---|

DELAWARE

Address:

3411 SILVERSIDE ROAD
WILMINGTON, DELAWARE 19810

**Correspondent**

Correspondent Name:

M RUST SHARP, ESQ

Correspondent Address:

CLARK, LADNER, FORTENBAUGH & YOUNG
ONE COMMERCE SQUARE
2005 MARKET ST., 22ND FLOOR
PHILADELPHIA, PA 19103

**Domestic Representative - Not Found**

# Proceedings

**Summary**

Number of Proceedings:

2

**Type of Proceeding: Opposition**

| Proceeding Number: | 91189856 | Filing Date: | |
|---|---|---|---|

Apr 22, 2009

| Status: | Terminated | Status Date: | |
|---|---|---|---|

Jul 31, 2009

Interlocutory Attorney:  ANDREW P BAXLEY

**Defendant**

Name:

GlamSport, Ltd.

Correspondent Address:

ROSEN, ALYSA
587 N VENTU PARK RD # E448
NEWBURY PARK CA , 91320-2723
UNITED STATES

Correspondent e-mail:

allyrose.glamsport@gmail.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLAMSPORT | Abandoned - After Inter-Partes Decision | 77535100 | |

**Plaintiff(s)**

Name:

JanSport Apparel Corp

Correspondent Address:

Paul J Kennedy
Pepper Hamilton LLP
3000 Two Logan SquareEighteenth and Arch Streets
Philadelphia PA , 19103-2799
UNITED STATES

Correspondent e-mail:

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 73099989 | 1096082 |
| JANSPORT | Renewed | 73437980 | 1284423 |
| JANSPORT | Renewed | 73437979 | 1296406 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Apr 22, 2009 | |
| 2 | NOTICE AND TRIAL DATES SENT  ANSWER DUE | Apr 22, 2009 | Jun 01, 2009 |
| 3 | PENDING, INSTITUTED | Apr 22, 2009 | |
| 4 | NOTICE OF DEFAULT | Jun 16, 2009 | |
| 5 | BOARD'S DECISION  SUSTAINED | Jul 31, 2009 | |
| 6 | TERMINATED | Jul 31, 2009 | |
| 7 | PAPER RECEIVED AT TTAB | Dec 03, 2009 | |

### Type of Proceeding: Opposition

Proceeding Number: 91178997    Filing Date:

Aug 16, 2007

Status: Terminated    Status Date:

Nov 30, 2007

Interlocutory Attorney:  ANN LINNEHAN VOGLER

#### Defendant

Name:

Bijoux International Inc

Correspondent Address:

Myron Amer
Myron Amer, P C
114 Old Country Road  Suite 310
Mineola NY , 11501-4410
UNITED STATES

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EASTSPORT | Abandoned - After Inter-Partes Decision | 76663093 | |

#### Plaintiff(s)

Name:

Jansport Apparel Corp

Correspondent Address:

Paul J  Kennedy
Pepper Hamilton LLP
Eighteenth and Arch Streets, 3000 Two Logan Square
Philadelphia PA   19103-2799
UNITED STATES

Correspondent e-mail:

kennedyp@pepperlaw.com , kearneyc@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EASTPAK | Renewed | 75003973 | 2017368 |
| EASTPAK | Section 8 and 15 - Accepted and Acknowledged | 78429237 | 3124488 |
| EASTPAK U.S.A | Abandoned - No Statement Of Use Filed | 78501852 | |
| EASTPAK | Cancelled - Section 8 | 75073029 | 2168049 |
| EASTPAK | Cancelled - Section 8 | 75135507 | 2126764 |
| EASTPAK | Renewed | 75184618 | 2226566 |
| EASTPAK | Renewed | 73656137 | 1524386 |
| JANSPORT | | | |

|  |  | Renewed |  | 73099989 | 1096082 |
| JANSPORT |  | Renewed |  | 73099988 | 1089701 |
| JANSPORT |  | Renewed |  | 73437980 | 1284423 |
| JANSPORT |  | Renewed |  | 73437979 | 1296406 |
| JANSPORT |  | Renewed |  | 75275443 | 2229974 |
| JANSPORT |  | Renewed |  | 78444401 | 2997678 |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
| --- | --- | --- | --- |
| 1 | FILED AND FEE | Aug 16, 2007 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE; | Aug 19, 2007 | Sep 28, 2007 |
| 3 | PENDING, INSTITUTED | Aug 19, 2007 | |
| 4 | NOTICE OF DEFAULT | Oct 16, 2007 | |
| 5 | BOARD'S DECISION: SUSTAINED | Nov 30, 2007 | |
| 6 | TERMINATED | Nov 30, 2007 | |

Int. Cls.: 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 39 and 41

**United States Patent and Trademark Office**

Reg. No. 2,997,678
Registered Sep. 20, 2005

## TRADEMARK
### PRINCIPAL REGISTER



JANSPORT APPAREL CORP. (DELAWARE CORPORATION)

3411 SILVERSIDE ROAD

WILMINGTON, DE 19810

FOR: ALL PURPOSE SPORTING BAGS, ALL PURPOSE CARRYING BAGS, SOFT LUGGAGE, LUGGAGE CASES, BACKPACKS, DAYPACKS, FANNY PACKS, FRAME BACKPACKS, KNAPSACKS, BOOK BAGS FOR TRAVELING, TOTE BAGS, DUFFEL BAGS, HANDBAGS, GARMENT BAGS FOR TRAVELING, CLOTHING BAGS FOR TRAVELING, AND STRAPS FOR LUGGAGE AND STRAPS FOR HANDBAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-1-2004; IN COMMERCE 1-1-2004.

FOR: JEANS, SHIRTS, SKIRTS, T-SHIRTS, JERSEYS, TANK TOPS, HOODED SHIRTS, PANTS, SLACKS, SPORTS JACKETS, GYMNASTIC SHORTS, GYMNASTIC PANTS AND GYMNASTIC SHIRTS; WARM-UP SUITS, WARM-UP PANTS AND WARM-UP JACKETS; SWEATSHIRTS, SWEATPANTS, CAPS, HATS, PARKAS, COATS, VESTS, WIND-RESISTANT JACKETS, BOOTS, SHOES AND SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-2004; IN COMMERCE 1-1-2004.

OWNER OF U.S. REG. NOS. 1,089,701, 2,483,660 AND OTHERS.

SER. NO. 78-444,401, FILED 7-1-2004.

MONIQUE MILLER, EXAMINING ATTORNEY

Generated on:

This page was generated by TSDR on 2015-11-24 11 45 29 EST

Mark:  JANSPORT

**JANSPORT**

US Serial Number:  78444401                          Application Filing Date:

Jul 01, 2004

US Registration Number:  2997678                     Registration Date:

Sep. 20, 2005

Register:

Principal

Mark Type:

Trademark

Status:

The registration has been renewed.

Status Date:

May 30, 2015

Publication Date:  Jun 28, 2005

# Mark Information

Mark Literal Elements:

JANSPORT

Standard Character Claim:

No

Mark Drawing Type:

5 - AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) INSTYLIZED FORM

Color(s) Claimed:

Color is not claimed as a feature of the mark.

# Related Properties Information

Claimed Ownership of US
Registrations:

1089701, 1919738, 2483660 and others

# Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services.

- Brackets [ ] indicate deleted goods/services;
- Double parentheses (( )) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services

For:

ALL PURPOSE SPORTING BAGS, ALL PURPOSE CARRYING BAGS, SOFT LUGGAGE [ LUGGAGE CASES, ] BACKPACKS, DAYPACKS FANNY PACKS FRAME BACKPACKS, KNAPSACKS, BOOK BAGS FOR TRAVELING, TOTE BAGS DUFFEL BAGS, HANDBAGS GARMENT BAGS FOR TRAVELING, CLOTHING BAGS FOR TRAVELING [, AND STRAPS FOR LUGGAGE AND STRAPS FOR HANDBAGS ]

International Class(es):  018 - Primary Class                     U.S Class(es):

001, 002, 003, 022, 041

Class Status:

ACTIVE

Basis:

1(a)

First Use:  Jan 01, 2004                             Use in Commerce:

Jan 01, 2004

For:

[ Jeans, shirts, ] skirts, t-shirts, jerseys, ] tank tops, ] hooded shirts, pants, ] slacks ] sports jackets, gymnastic shorts, gymnastic pants

and gymnastic shirts, warm-up suits, warm-up pants and warm-up jackets, sweatshirts, sweatpants, [ caps  hats  parkas, coats, vests, wind-resistant jackets, boots, shoes and slippers ]

International Class(es):  025 - Primary Class                                        U.S Class(es):

022  039

     Class Status:

ACTIVE

       Basis:

1(a)

      First Use:  Jan  01, 2004                                    Use in Commerce:

Jan  01, 2004

# Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes | Amended Use: | No |
| Filed ITU: | No | Currently ITU: | No | Amended ITU: | No |
| Filed 44D: | No | Currently 44D: | No | Amended 44D: | No |
| Filed 44E: | No | Currently 44E: | No | Amended 44E: | No |
| Filed 66A: | No | Currently 66A: | No | | |
| Filed No Basis: | No | Currently No Basis: | No | | |

# Current Owner(s) Information

     Owner Name:

JanSport Apparel Corp

      Owner Address:

3411 Silverside Road
Wilmington, DELAWARE UNITED STATES 19810

     Legal Entity Type:  CORPORATION                          State or Country Where Organized:

DELAWARE

# Attorney/Correspondence Information

## Attorney of Record

    Attorney Name:  Kia H  Wimmer                              Docket Number:

JAC-6060-US

    Attorney Primary Email  kia_h_wimmer@vfc.com            Attorney Email Authorized:
    Address:

Yes

## Correspondent

    Correspondent Name/Address:

Kia H  Wimmer
JanSport Apparel Corp
3411 Silverside Road
200 Hanby Building
Wilmington, DELAWARE UNITED STATES 19810

      Phone:  302-477-3930                                        Fax:

302-477-3932

    Correspondent e-mail:  kia_h_wimmer@vfc.com pellegj@vfc.com       Correspondent e-mail Authorized:

Yes

## Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 30, 2015 | NOTICE OF ACCEPTANCE OF SEC  8 & 9 - E-MAILED | |
| May 30, 2015 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 67657 |
| May 30, 2015 | REGISTERED - SEC  8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 67657 |
| May 30, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67657 |
| May 13, 2015 | TEAS SECTION 8 & 9 RECEIVED | |

| | | |
|---|---|---|
| Jan. 15, 2015 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jan. 15, 2015 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Oct. 06, 2011 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Oct. 06, 2011 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 67723 |
| Oct. 04, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67723 |
| Sep. 19, 2011 | TEAS SECTION 8 & 15 RECEIVED | |
| Sep. 20, 2005 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 28, 2005 | PUBLISHED FOR OPPOSITION | |
| Jun. 08, 2005 | NOTICE OF PUBLICATION | |
| Mar. 11, 2005 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77976 |
| Mar. 04, 2005 | ASSIGNED TO LIE | 77976 |
| Feb. 28, 2005 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 28, 2005 | AMENDMENT FROM APPLICANT ENTERED | 70824 |
| Feb. 11, 2005 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70824 |
| Feb. 11, 2005 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 06, 2005 | NON-FINAL ACTION E-MAILED | 6325 |
| Feb. 06, 2005 | NON-FINAL ACTION WRITTEN | 76848 |
| Feb. 06, 2005 | ASSIGNED TO EXAMINER | 76848 |
| Jul. 08, 2004 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:**

Section 8 - Accepted

**Affidavit of Incontestability:**

Section 15 - Accepted

**Renewal Date:**

Sep. 20, 2015

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** GENERIC WEB UPDATE          **Date in Location:**

May 30, 2015

## Proceedings

**Summary**

**Number of Proceedings:**

5

**Type of Proceeding: Opposition**

**Proceeding Number:** 91207023          **Filing Date:**

Sep 17, 2012

**Status:** Terminated          **Status Date:**

Sep 04, 2015

**Interlocutory Attorney:** BENJAMIN U OKEKE

**Defendant**

**Name:**

Standard Sales, Inc.

**Correspondent Address:**

CHRISTOPHER CHAUDOIR
LAW OFFICES OF CHRISTOPHER CHAUDOIR
181 SYCAMORE AVE
SAN MATEO CA UNITED STATES  94402-1033

**Correspondent e-mail:**

chowder262@gmail.com

**Associated marks**

| Mark | Application Status | Serial | Registration |
|---|---|---|---|

|  |  | **Number** | **Number** |
|---|---|---|---|
| STANSPORT SINCE 1949 | Notice of Allowance - Issued | 85358921 | |
| STANSPORT SINCE 1949 | Notice of Allowance - Issued | 85364824 | |

**Plaintiff(s)**

Name:

JanSport Apparel Corp.

Correspondent Address:

PAUL J KENNEDY
PEPPER HAMILTON LLP
3000 TWO LOGAN SQUARE, EIGHTEENTH AND ARCH STREETS
PHILADELPHIA PA UNITED STATES , 19103-2799

Correspondent e-mail:

kennedyp@pepperlaw.com , catalani@pepperlaw.com

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Renewed | 75275443 | 2229974 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Sep 17, 2012 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE | Sep 17, 2012 | Oct 27, 2012 |
| 3 | PENDING, INSTITUTED | Sep 17, 2012 | |
| 4 | ANSWER | Oct 25, 2012 | |
| 5 | STIPULATION FOR AN EXTENSION OF TIME | Feb 19, 2013 | |
| 6 | EXTENSION OF TIME GRANTED | Feb 19, 2013 | |
| 7 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Jun 20, 2013 | |
| 8 | SUSPENDED | Jun 20, 2013 | |
| 9 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Sep 18, 2013 | |
| 10 | SUSPENDED | Sep 18, 2013 | |
| 11 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Nov 19, 2013 | |
| 12 | SUSPENDED | Nov 19, 2013 | |
| 13 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Dec 20, 2013 | |
| 14 | SUSPENDED | Dec 20, 2013 | |
| 15 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Jan 17, 2014 | |
| 16 | SUSPENDED | Jan 17, 2014 | |
| 17 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Feb 14, 2014 | |
| 18 | SUSPENDED | Feb 14, 2014 | |
| 19 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Mar 14, 2014 | |
| 20 | SUSPENDED | Mar 14, 2014 | |
| 21 | STIP FOR EXT | Apr 11, 2014 | |
| 22 | EXTENSION OF TIME GRANTED | Apr 11, 2014 | |
| 23 | STIP FOR EXT | May 16, 2014 | |
| 24 | EXTENSION OF TIME GRANTED | May 16, 2014 | |
| 25 | STIP FOR EXT | Jun 19, 2014 | |
| 26 | EXTENSION OF TIME GRANTED | Jun 19, 2014 | |
| 27 | STIP FOR EXT | Jul 16, 2014 | |
| 28 | EXTENSION OF TIME GRANTED | Jul 16, 2014 | |
| 29 | STIP FOR EXT | Sep 12, 2014 | |
| 30 | EXTENSION OF TIME GRANTED | Sep 12, 2014 | |
| 31 | P MOT FOR EXT W/ CONSENT | Nov 14, 2014 | |
| 32 | EXTENSION OF TIME GRANTED | Dec 03, 2014 | |
| 33 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Jan 06, 2015 | |
| 34 | SUSPENDED | Jan 29, 2015 | |
| 35 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Mar 26, 2015 | |
| 36 | SUSPENDED | Apr 09, 2015 | |

| 37 | W/DRAW OF OPPOSITION | Aug 25, 2015 |
| 38 | BD DECISION DISMISSED W/O PREJ | Sep 04, 2015 |
| 39 | TERMINATED | Sep 04, 2015 |

## Type of Proceeding: Opposition

Proceeding Number: 91189856  Filing Date:

Apr 22 2009

Status: Terminated  Status Date:

Jul 31, 2009

Interlocutory Attorney: ANDREW P BAXLEY

### Defendant

Name:

GlamSport, Ltd

Correspondent Address:

ROSEN, ALYSA
587 N VENTU PARK RD # E448
NEWBURY PARK CA UNITED STATES , 91320-2723

Correspondent e-mail:

allyrose.glamsport@gmail.com

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLAMSPORT | Abandoned - After Inter-Partes Decision | 77535100 | |

### Plaintiff(s)

Name:

JanSport Apparel Corp

Correspondent Address:

Paul J Kennedy
Pepper Hamilton LLP
3000 Two Logan SquareEighteenth and Arch Streets
Philadelphia PA UNITED STATES , 19103-2799

Correspondent e-mail:

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 73099989 | 1096082 |
| JANSPORT | Renewed | 73437980 | 1284423 |
| JANSPORT | Renewed | 73437979 | 1296406 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Apr 22, 2009 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Apr 22, 2009 | Jun 01, 2009 |
| 3 | PENDING, INSTITUTED | Apr 22, 2009 | |
| 4 | NOTICE OF DEFAULT | Jun 16, 2009 | |
| 5 | BOARD'S DECISION, SUSTAINED | Jul 31, 2009 | |
| 6 | TERMINATED | Jul 31, 2009 | |
| 7 | PAPER RECEIVED AT TTAB | Dec 03, 2009 | |

## Type of Proceeding: Opposition

Proceeding Number: 91182474  Filing Date:

Feb 14, 2008

Status: Terminated  Status Date:

Jun 02, 2008

Interlocutory Attorney: LINDA M SKORO

**Defendant**

Name:

Shayla C. Stevens

Correspondent Address:

Shayla C. Stevens
P.O. Box 5682
Atlanta GA UNITED STATES , 31107-0682

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| GLAMSPORT | Abandoned - After Inter-Partes Decision | 77040109 | |

**Plaintiff(s)**

Name:

JanSport Apparel Corp.

Correspondent Address:

Paul J. Kennedy
Pepper Hamilton LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia PA UNITED STATES , 19103-2799

Correspondent e-mail:

kennedyp@pepperlaw.com , mulligan@pepperlaw.com  catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| JANSPORT | Expired | 73009358 | 1042278 |
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75275443 | 2229974 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Cancelled - Section 8 | 75888149 | 2483660 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Feb 14, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE | Feb 15, 2008 | Mar 26, 2008 |
| 3 | PENDING, INSTITUTED | Feb 15, 2008 | |
| 4 | NOTICE OF DEFAULT | Apr 14, 2008 | |
| 5 | BOARD'S DECISION: SUSTAINED | Jun 02, 2008 | |
| 6 | TERMINATED | Jun 02, 2008 | |

**Type of Proceeding: Opposition**

Proceeding Number: 91182283                     Filing Date:

Feb 06, 2008

Status:  Terminated                             Status Date:

Jul 06, 2009

Interlocutory Attorney:  ELIZABETH A DUNN

**Defendant**

Name:

Bedare LLC

Correspondent Address:

DAVID SCHREFF
BEDARE LLC
42 STONE BROOK LANE
COS COB CT UNITED STATES  06807-1113

Correspondent e-mail:

bedare@aol.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|

DANSPORT | Abandoned - After Inter-Partes Decision | 77145834

**Plaintiff(s)**

Name:

Jansport Apparel Corp

**Correspondent Address:**

Paul J. Kennedy
Pepper Hamilton LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia PA UNITED STATES , 19103-2799

Correspondent e-mail:

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| JANSPORT | Expired | 73009358 | 1042278 |
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75275443 | 2229974 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Cancelled - Section 8 | 75888149 | 2483660 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Feb 06, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE | Feb 06, 2008 | Mar 17, 2008 |
| 3 | PENDING, INSTITUTED | Feb 06, 2008 | |
| 4 | ANSWER | Feb 26, 2008 | |
| 5 | STIPULATION FOR INTRODUCTION OF EVIDENCE | Dec 08, 2008 | |
| 6 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 | |
| 7 | PLAINTIFF'S NOTICE OF RELIANCE | Jan 12, 2009 | |
| 8 | PLAINTIFF'S NOTICE OF RELIANCE | Jan 12, 2009 | |
| 9 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 | |
| 10 | P'S CONFIDENTIAL SUPPORTING EVIDENTS/EXHIBITS | Jan 12, 2009 | |
| 11 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 | |
| 12 | BRIEF ON MERITS FOR PLAINTIFF | Jun 25, 2009 | |
| 13 | BRIEF ON MERITS FOR PLAINTIFF | Jun 25, 2009 | |
| 14 | WITHDRAWAL OF APPLICATION | Jul 01, 2009 | |
| 15 | BOARD'S DECISION: SUSTAINED | Jul 06, 2009 | |
| 16 | TERMINATED | Jul 06, 2009 | |

**Type of Proceeding: Opposition**

Proceeding Number: 91178997 | Filing Date:

Aug 16, 2007

Status: Terminated | Status Date:

Nov 30, 2007

Interlocutory Attorney: ANN LINNEHAN VOGLER

**Defendant**

Name:

Bijoux International Inc

**Correspondent Address:**

Myron Amer
Myron Amer, P.C.
114 Old Country Road, Suite 310
Mineola NY UNITED STATES , 11501-4410

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| EASTSPORT | Abandoned - After Inter-Partes Decision | 76663093 | |

**Plaintiff(s)**

**Name:**

Jansport Apparel Corp

**Correspondent Address:**

Paul J. Kennedy
Pepper Hamilton LLP
Eighteenth and Arch Streets, 3000 Two Logan Square
Philadelphia PA UNITED STATES , 19103-2799

**Correspondent e-mail:**

kennedyp@pepperlaw.com , kearneyc@pepperlaw.com , mulligan@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| EASTPAK | Renewed | 75003973 | 2017368 |
| EASTPAK | Section 8 and 15 - Accepted and Acknowledged | 78429237 | 3124488 |
| EASTPAK U.S.A. | Abandoned - No Statement Of Use Filed | 78501852 | |
| EASTPAK | Cancelled - Section 8 | 75073029 | 2168049 |
| EASTPAK | Cancelled - Section 8 | 75135507 | 2126764 |
| EASTPAK | Renewed | 75184618 | 2226566 |
| EASTPAK | Renewed | 73656137 | 1524386 |
| JANSPORT | Renewed | 73099989 | 1096082 |
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 73437980 | 1284423 |
| JANSPORT | Renewed | 73437979 | 1296406 |
| JANSPORT | Renewed | 75275443 | 2229974 |
| JANSPORT | Renewed | 78444401 | 2997678 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Aug 16, 2007 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Aug 19, 2007 | Sep 28, 2007 |
| 3 | PENDING, INSTITUTED | Aug 19, 2007 | |
| 4 | NOTICE OF DEFAULT | Oct 16, 2007 | |
| 5 | BOARD'S DECISION: SUSTAINED | Nov 30, 2007 | |
| 6 | TERMINATED | Nov 30, 2007 | |

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,066,768
Registered Mar. 7, 2006

**SERVICE MARK**
**PRINCIPAL REGISTER**

# JANSPORT

JANSPORT APPAREL CORP. (DELAWARE COR-
    PORATION)
3411 SILVERSIDE ROAD
WILMINGTON, DE 19810

  FOR: RETAIL STORE SERVICES AND ON-LINE
RETAIL STORE SERVICES IN THE FIELD OF
APPAREL AND OUTDOOR GEAR AND LUGGAGE;
PROVIDING CONSUMER PRODUCT INFORMA-
TION VIA THE INTERNET , IN CLASS 35 (U.S.
CLS. 100, 101 AND 102).

  FIRST USE 12-30-1996; IN COMMERCE 12-30-1996.

  THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

  OWNER OF U.S. REG. NOS. 1,089,701, 2,372,601,
AND OTHERS.

  SN 78-429,232, FILED 6-3-2004.

RONALD MCMORROW, EXAMINING ATTORNEY

Generated on:

This page was generated by TSDR on 2015-11-24 11 49 24 EST

Mark:  JANSPORT

# JANSPORT

US Serial Number: 78429232

Jun 03 2004

US Registration Number: 3066768

Mar. 07, 2006

Register:

Principal

Mark Type:

Service Mark

Status:

A Sections 8 and 15 combined declaration has been accepted and acknowledged

Status Date:

Feb 18 2012

Publication Date:  Jun 14, 2005

Sep. 06, 2005

Application Filing Date:

Registration Date:

Notice of Allowance Date:

## Mark Information

Mark Literal Elements:

JANSPORT

Standard Character Claim:

Yes  The mark consists of standard characters without claim to any particular font style, size  or color

Mark Drawing Type:

4 - STANDARD CHARACTER MARK

## Related Properties Information

Claimed Ownership of US
Registrations:

1089701, 1296406  2372601 and others

## Goods and Services

Note: The following symbols indicate that the registrant/owner has amended the goods/services.

- Brackets [ ] indicate deleted goods/services
- Double parenthesis (( )) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *  * identify additional (new) wording in the goods/services.

For:

Retail store services and on-line retail store services in the field of apparel and outdoor gear and luggage, providing consumer product
information via the internet

International Class(es): 035 - Primary Class

100, 101, 102

Class Status:

ACTIVE

Basis:

1(a)

First Use:  Dec 30, 1996

U.S Class(es):

Use In Commerce:

Dec. 30, 1996

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: No | Currently Use: Yes | Amended Use: No |
| Filed ITU: Yes | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

**Owner Name:**

JanSport Apparel Corp

**Owner Address:**

3411 Silverside Road
Wilmington, DELAWARE 19810
UNITED STATES

Legal Entity Type: CORPORATION          State or Country Where Organized:

DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

Attorney Name: Kia H. Wimmer          Docket Number:

JAC-6140-US

Attorney Primary Email kia_h_wimmer@vfc.com          Attorney Email Authorized:
Address:

Yes

### Correspondent

Correspondent Name/Address:

Kia H. Wimmer
JanSport Apparel Corp
3411 Silverside Road
200 Hanby Building
Wilmington, DELAWARE 19810
UNITED STATES

Phone: 302-477-3930          Fax:

302-477-3932

Correspondent e-mail: kia_h_wimmer@vfc.com pelfegi@vfc.com          Correspondent e-mail Authorized:

Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 07, 2015 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jan. 15, 2015 | ATTORNEY REVOKED AND/OR APPOINTED | |
| Jan. 15, 2015 | TEAS REVOKE/APPOINT ATTORNEY RECEIVED | |
| Feb. 18, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Feb. 18, 2012 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 67723 |
| Feb. 17, 2012 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67723 |
| Jan. 06, 2012 | TEAS SECTION 8 & 15 RECEIVED | |
| Mar. 07, 2006 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 23, 2006 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 67215 |
| Jan. 13, 2006 | ASSIGNED TO LIE | 67215 |
| Jan. 12, 2006 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jan. 05, 2006 | STATEMENT OF USE PROCESSING COMPLETE | 64657 |
| Dec. 09, 2005 | USE AMENDMENT FILED | 64657 |

| Dec  09, 2005 | TEAS STATEMENT OF USE RECEIVED | |
| Sep  06, 2005 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun  14, 2005 | PUBLISHED FOR OPPOSITION | |
| May 25, 2005 | NOTICE OF PUBLICATION | |
| Feb  22, 2005 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 67215 |
| Feb  18, 2005 | ASSIGNED TO LIE | 67215 |
| Feb  17, 2005 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb  16, 2005 | AMENDMENT FROM APPLICANT ENTERED | 76243 |
| Feb  10, 2005 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 76243 |
| Feb  10, 2005 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan  06, 2005 | NON-FINAL ACTION E-MAILED | 6325 |
| Jan  06, 2005 | NON-FINAL ACTION WRITTEN | 73708 |
| Jan  06, 2005 | ASSIGNED TO EXAMINER | 73708 |
| Jun  09, 2004 | NEW APPLICATION ENTERED IN TRAM | |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:**

Section 8 - Accepted

**Affidavit of Incontestability:**

Section 15 - Accepted

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: TMEG LAW OFFICE 105          Date in Location:

Feb  18, 2012

## Proceedings

**Summary**

**Number of Proceedings:**

4

| Type of Proceeding: Opposition | |
|---|---|
| Proceeding Number: 91189856 | Filing Date: |

Apr  22, 2009

Status: Terminated          Status Date:

Jul  31, 2009

Interlocutory Attorney: ANDREW P BAXLEY

**Defendant**

Name:

GlamSport, Ltd

**Correspondent Address:**

ROSEN  ALYSA
587 N VENTU PARK RD # E448
NEWBURY PARK CA  91320-2723
UNITED STATES

**Correspondent e-mail:**

allyrose.glamsport@gmail.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLAMSPORT | Abandoned - After Inter-Partes Decision | 77535100 | |

**Plaintiff(s)**

Name:

JanSport Apparel Corp

**Correspondent Address:**

Paul J  Kennedy

Pepper Hamilton LLP
3000 Two Logan SquareEighteenth and Arch Streets
Philadelphia PA  19103-2799
UNITED STATES

    Correspondent e-mail:

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 73099989 | 1096082 |
| JANSPORT | Renewed | 73437980 | 1284423 |
| JANSPORT | Renewed | 73437979 | 1296406 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|--------------|-------------|------|----------|
| 1 | FILED AND FEE | Apr 22, 2009 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE | Apr 22, 2009 | Jun 01, 2009 |
| 3 | PENDING  INSTITUTED | Apr 22, 2009 | |
| 4 | NOTICE OF DEFAULT | Jun 16  2009 | |
| 5 | BOARD'S DECISION: SUSTAINED | Jul 31, 2009 | |
| 6 | TERMINATED | Jul 31, 2009 | |
| 7 | PAPER RECEIVED AT TTAB | Dec 03, 2009 | |

**Type of Proceeding: Opposition**

Proceeding Number:  91187082                      Filing Date:

Oct 21, 2008

          Status:  Terminated                      Status Date:

Jan 29, 2009

         Interlocutory Attorney:  ELIZABETH A DUNN

**Defendant**

                Name:

qingwen xu

        Correspondent Address:

QINGWEN XU
710 DUCOMMUN ST
LOS ANGELES CA , 90012-3420
UNITED STATES

        Correspondent e-mail:

Monday786@msn.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|
| SAMSPORT | Abandoned - After Inter-Partes Decision | 77393271 | |

**Plaintiff(s)**

                Name:

JanSport Apparel Corp

        Correspondent Address:

Paul J  Kennedy
Pepper Hamilton LLP
3000 Two Logan SquareEighteenth and Arch Streets
Philadelphia PA , 19103-2799
UNITED STATES

        Correspondent e-mail:

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|-------------------|---------------|---------------------|

| JANSPORT | | Renewed | | 73099988 | 1089701 |
| JANSPORT | | Renewed | | 74571558 | 1919738 |
| JANSPORT | | Renewed | | 75731024 | 2372601 |
| JANSPORT | | Section 8 and 15 - Accepted and Acknowledged | | 77103904 | 3316763 |
| JANSPORT | | Section 8 and 15 - Accepted and Acknowledged | | 78429232 | 3066768 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Oct 21, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Oct 21, 2008 | Nov 30, 2008 |
| 3 | PENDING, INSTITUTED | Oct 21, 2008 | |
| 4 | NOTICE OF DEFAULT | Dec 15, 2008 | |
| 5 | BOARD'S DECISION, SUSTAINED | Jan 29, 2009 | |
| 6 | TERMINATED | Jan 29, 2009 | |

### Type of Proceeding: Opposition

**Proceeding Number:** 91182474    **Filing Date:**

Feb 14, 2008

**Status:** Terminated    **Status Date:**

Jun 02, 2008

**Interlocutory Attorney:** LINDA M SKORO

### Defendant

**Name:**

Shayla C Stevens

**Correspondent Address:**

Shayla C Stevens
P O Box 5682
Atlanta GA  31107-0682
UNITED STATES

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| GLAMSPORT | Abandoned - After Inter-Partes Decision | 77040109 | |

### Plaintiff(s)

**Name:**

JanSport Apparel Corp

**Correspondent Address:**

Paul J Kennedy
Pepper Hamilton LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia PA  19103-2799
UNITED STATES

**Correspondent e-mail:**

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| JANSPORT | Expired | 73009358 | 1042278 |
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75275443 | 2229974 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Cancelled - Section 8 | 75888149 | 2483660 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 14, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Feb 15, 2008 | Mar 26, 2008 |
| 3 | PENDING, INSTITUTED | Feb 15, 2008 | |
| 4 | NOTICE OF DEFAULT | Apr 14, 2008 | |

| 5 | BOARD'S DECISION SUSTAINED | Jun 02, 2008 |
| 6 | TERMINATED | Jun 02, 2008 |

## Type of Proceeding: Opposition

**Proceeding Number:** 91182283                          **Filing Date:**

Feb 06, 2008

**Status:** Terminated                          **Status Date:**

Jul 06, 2009

**Interlocutory Attorney:** ELIZABETH A DUNN

### Defendant

**Name:**

Bedare LLC

**Correspondent Address:**

DAVID SCHREFF
BEDARE LLC
42 STONE BROOK LANE
COS COB CT 06807-1113
UNITED STATES

**Correspondent e-mail:**

bedare@aol.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| DANSPORT | Abandoned - After Inter-Partes Decision | 77145834 | |

### Plaintiff(s)

**Name:**

Jansport Apparel Corp

**Correspondent Address:**

Paul J Kennedy
Pepper Hamilton LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia PA 19103-2799
UNITED STATES

**Correspondent e-mail:**

kennedyp@pepperlaw.com , mulligar@pepperlaw.com , catalant@pepperlaw.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|------|--------------------|---------------|---------------------|
| JANSPORT | Expired | 73009358 | 1042278 |
| JANSPORT | Renewed | 73099988 | 1089701 |
| JANSPORT | Renewed | 74571558 | 1919738 |
| JANSPORT | Renewed | 75275443 | 2229974 |
| JANSPORT | Renewed | 75731024 | 2372601 |
| JANSPORT | Cancelled - Section 8 | 75888149 | 2483660 |
| JANSPORT | Renewed | 78444401 | 2997678 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 77103904 | 3316763 |
| JANSPORT | Section 8 and 15 - Accepted and Acknowledged | 78429232 | 3066768 |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|--------------|--------------|------|----------|
| 1 | FILED AND FEE | Feb 06, 2008 | |
| 2 | NOTICE AND TRIAL DATES SENT, ANSWER DUE | Feb 06, 2008 | Mar 17, 2008 |
| 3 | PENDING, INSTITUTED | Feb 06, 2008 | |
| 4 | ANSWER | Feb 26, 2008 | |
| 5 | STIPULATION FOR INTRODUCTION OF EVIDENCE | Dec 08, 2008 | |
| 6 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 | |
| 7 | PLAINTIFF'S NOTICE OF RELIANCE | Jan 12, 2009 | |
| 8 | PLAINTIFF'S NOTICE OF RELIANCE | Jan 12, 2009 | |
| 9 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 | |
| 10 | P'S CONFIDENTIAL SUPPORTING EVIDENTS/EXHIBITS | Jan 12, 2009 | |
| 11 | TESTIMONY FOR PLAINTIFF | Jan 12, 2009 | |
| 12 | BRIEF ON MERITS FOR PLAINTIFF | Jun 25, 2009 | |
| 13 | BRIEF ON MERITS FOR PLAINTIFF | Jun 25, 2009 | |

| 14 | WITHDRAWAL OF APPLICATION | Jul 01, 2009 |
| 15 | BOARD'S DECISION  SUSTAINED | Jul 06, 2009 |
| 16 | TERMINATED | Jul 06, 2009 |

EXHIBIT "B"

0 • (/cart)

Search

**BADSPORT BACKPACK**
$78.00 USD



0 + (/cart)



| O/S | ⌄ | Qty | 1 |

**ADD TO CART**

## 30 DAYS OF BLACK FRIDAY IS ON!!
## 25% OFF EVERYTHING
### USE CODE: BLACKER25 AT CHECKOUT

• **Details**

The Badsport Backpack is back, now in the melt all-over print.

Durable, washed canvas outer, zip closure on back and front pockets, fully lined, with UNIF logo embroidery detail and adjustable straps.

Shell/Lining: 100% Polyester

< >

• **Sizing**

• **Shipping & Returns**



• Share

Returns/Exchanges (/pages/returns-exchanges)

Contact (/pages/contact-us)

Customer Service (/pages/customer-service)

Student Discount (/pages/student-discount)

EXHIBIT "C"

0 • (/cart)

Search

## Results found for: "backpack"





(/products/brace-backpack)

(/products/ditto-backpack)

**BRACE BACKPACK**
$122.00 USD

0

**DITTO BACKPACK**
$98.00 USD

0





0 • (/cart)





(/products/insignia-backpack)

(/products/link-backpack)

**INSIGNIA BACKPACK**
$78.00 USD

0

**LINK BACKPACK**
$148.00 USD

0





0 • (/cart)





(/products/otr-backpack)

(/products/quip-backpack-black)

**OTR BACKPACK**
$52.00 USD
SOLD OUT
()

**QUIP BACKPACK**
$78.00 USD

()





0 • (/cart)

(/products/quip-backpack-hologram)

(/products/raze-backpack)

**QUIP BACKPACK**
$78.00 USD

0

**RAZE BACKPACK**
$78.00 USD
SOLD OUT
0





0 • (/cart)





(/products/ring-backpack)

(/products/badsport-backpack-pink-melt)

**RING BACKPACK**
$128.00 USD

()

**BADSPORT BACKPACK**
$78.00 USD

()





UNIF

0 • (/cart)





(/products/patches-backpack)

(/products/glitz-backpack-pink)

**PATCHES BACKPACK**
$138.00 USD

0

**GLITZ BACKPACK**
$79.00 USD

0





0 • (/cart)



(/products/glitz-backpack-white)

(/products/bound-mini)

**GLITZ BACKPACK**
$79.00 USD

0

**BOUND MINI**
$135.00 USD

0





0 • (/cart)





(/products/namesake-pack)

(/products/trixie-pack)

**NAMESAKE PACK**
$88.00 USD

0

**TRIXIE PACK**
$88.00 USD

0



0 • (/cart)



(/products/notion-pack)

**NOTION PACK**
$98.00 USD

0

backpack

Search

Returns/Exchanges (/pages/returns-exchanges)

Contact (/pages/contact-us)

Customer Service (/pages/customer-service)

Student Discount (/pages/student-discount)